AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHAIM DOV PRZEVOZMAN, et al.,<br>*Plaintiff*<br>v.<br>QATAR CHARITY, QATAR NATIONAL BANK, and MASRAF AL RAYAN,<br>*Defendant* | Case No. 20-cv-6088-NGG-RLM |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 12/15/2020

/s/ Susan M. Davies
*Attorney's signature*

Susan M. Davies
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
*Address*

sdavies@fbrllp.com
*E-mail address*

(917) 583-8966
*Telephone number*

(917) 591-5245
*FAX number*