AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CHAIM DOV PRZEWOZMAN, et al.

*Plaintiff*s

v.

QATAR CHARITY; QATAR NATIONAL BANK AND MASRAF AL RAYAN

*Defendant*s

Case No.   20-cv-6088-NGG-RLM

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                      .

Date:   12/15/2020

/s/ Patrick L. Rocco
*Attorney's signature*

Patrick L. Rocco
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York  10601

*Address*

procco@fbrllp.com
*E-mail address*

(908) 516-2043
*Telephone number*

(908) 516-2049
*FAX number*