UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
CHAIM DOV PRZEWOZMAN, HADASSAH
PRZEWOZMAN, individually, as the personal
representative of the Estate of Pinches Menachem
Przewozman, and as parent and natural guardian of Y.P.,
a minor, and P.P., a minor, CHAYA RACHEL
PRZEWOZMAN, individually, and as parent and natural
guardian of A.M.P., a minor, and F.P., a minor,
SARA PRZEWOZMAN-ROZENBAUM, YAFA
PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN,

Case No. 20-6088-NGG-RLM

Plaintiffs,

-against-

QATAR CHARITY, QATAR NATIONAL BANK and
MASRAF AL RAYAN,

Defendants.
------------------------------------------------------------------------ X

## NOTICE OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY

**PLEASE TAKE NOTICE** that, for the purpose of effectuating service upon Defendants Qatar Charity, Qatar National Bank, and Masraf Al Rayan in the State of Qatar, Plaintiffs through their undersigned counsel will move this Court *ex parte*, before the Hon. Nicholas G. Garaufis, 225 Cadman Plaza East, Brooklyn, Courtroom 4D S, New York 11201 pursuant to 28 U.S.C. § 1781 and Federal Rule of Civil Procedure 4 and upon the accompanying Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion for Issuance of Letters Rogatory, and the Declaration of Joshua K. Perles executed on December 28, 2020, together with all exhibits thereto, and all prior pleadings and proceedings had herein, to: **(1)** grant this motion; **(2)** issue the Letters Rogatory submitted as Exhibits 3-5 to the Declaration of Joshua K. Perles; **(3)** certify copies of all documents to be served, specifically (a) three copies of the Complaint filed on December 15, 2020 [ECF # 1] and (b) one copy of each of the Summonses issued on

December 15, 2020 [ECF # 4, 4-1 and 4-2]; and **(4)** grant such other and further relief as the Court deems just and proper.

Dated:  January 4, 2021

Respectfully submitted,

  /s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, New York 10601
(908) 516-2066

*Counsel for Plaintiffs*