UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

CHAIM DOV PRZEWOZMAN, HADASSAH
PRZEWOZMAN, individually, as the personal
representative of the Estate of Pinches Menachem
Przewozman, and as parent and natural guardian of Y.P.,          Case No. 20-6088-NGG-RLM
a minor, and P.P., a minor, CHAYA RACHEL
PRZEWOZMAN, individually, and as parent and natural
guardian of A.M.P., a minor, and F.P., a minor,
SARA PRZEWOZMAN-ROZENBAUM, YAFA
PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN,

                              Plaintiffs,

                    -against-

QATAR CHARITY, QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                              Defendants.
-------------------------------------------------------------------- X

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)**

        The United States District Court for the Eastern District of New York, presents its

compliments to the Appropriate Judicial Authority of the State of Qatar, and requests

international judicial assistance to effect service of process to be used in a civil proceeding

before this Court in the above captioned matter.

        This Court requests the assistance described herein as necessary in the interests of justice.

The assistance requested is that the Appropriate Judicial Authority of the State of Qatar effect

service of process upon the below named defendant, which is a non-governmental organization

registered with the Regulatory Authority of Charitable Activities in the State of Qatar with its

head office in Doha, Qatar:

Qatar Charity
1224 Ahmed Bin Hanbal Street
Doha,
Qatar

The documents to be served are as follows: (1) a certified copy of the Summons in a Civil Case issued by the Clerk of the United States District Court for the Eastern District of New York on December 15, 2020, and an Arabic language translation of same; and (2) a certified copy of the Complaint filed in the United States District Court for the Eastern District of New York on December 15, 2020, and an Arabic language translation of same.

This Request for Judicial Assistance is brought by the Plaintiffs, who are United States citizens who seek monetary damages from Defendant Qatar Charity pursuant to the following United States laws:  18 United States Code Sections 2333(a) and (d), 2339A and 2339B, and Section 2b of the Justice Against Sponsors of Terrorism Act.  The Plaintiffs allege that Defendant conspired with others to provided material support to organizations designated by the United States Government as Foreign Terrorist Organizations, which organizations killed and injured Plaintiffs and their family members in terrorist attacks.

This Court states that it shall provide similar assistance to the Appropriate Judicial Authority of the State of Qatar.

This Court states that it shall compel Plaintiffs to reimburse the State of Qatar for the expenses it incurs in the execution of this International Judicial Assistance (Letters Rogatory).

Dated:  January 5, 2021

/s/ Nicholas G. Garaufis, U.S.D.J.
Nicholas G. Garaufis
Judge, United States District Court
Eastern District Of New York