AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, et al., | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:20-cv-6088 (NGG) |
| Qatar Charity, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:       The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar National Bank (Q.P.S.C.) ("Qatar National Bank" or "QNB").

This Notice of Appearance is being filed while contesting service of process as ineffective and noting a lack of personal jurisdiction over Qatar National Bank.  QNB reserves all rights to assert all defenses to the claims alleged in the Complaint.


Date:       11/18/2021

s\ Michael G. McGovern
*Attorney's signature*

Michael G. McGovern
*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
*Address*

michael.mcgovern@ropesgray.com
*E-mail address*

(212) 841-8860
*Telephone number*

*FAX number*