UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, HADASSAH PRZEWOZMAN, individually, as the personal representative of the Estate of Pinches Menachem Przewozman, and as parent and natural guardian of Y.P., a minor, and P.P., a minor, CHAYA RACHEL PRZEWOZMAN, individually, and as parent and natural guardian of A.M.P., a minor, and F.P., a minor, SARA PRZEWOZMAN-ROZENBAUM, YAFA PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>    Defendants. | Case No. 20-cv-6088 (NGG) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar National Bank (Q.P.S.C.) ("Qatar National Bank" or "QNB"), through its undersigned counsel, certifies as follows:

1. Qatar National Bank has no parent corporation and no public corporation owns 10% or more of the shares of QNB.

Dated: November 18, 2021
      New York, New York

                                                        Respectfully submitted,

                                                        */s/ Michael G. McGovern*_____
                                                        Michael G. McGovern
                                                        **ROPES & GRAY LLP**
                                                        1211 Avenue of the Americas
                                                        New York, New York 10036-8704
                                                        Telephone: (212) 596-9000
                                                        Facsimile: (212) 596-9090
                                                        michael.mcgovern@ropesgray.com

                                                        *Counsel for Defendant Qatar National Bank (Q.P.S.C.)*