IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, HADASSAH PRZEWOZMAN, individually, as the personal representative of the Estate of Pinches Menachem Przewozman, and as parent and natural guardian of Y.P., a minor, and P.P., a minor, CHAYA RACHEL PRZEWOZMAN, individually, and as parent and natural guardian of A.M.P., a minor, and F.P., a minor, SARA PRZEWOZMAN-ROZENBAUM, YAFA PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>Qatar Charity, Qatar National Bank and Masraf Al Rayan,<br><br>    Defendants. | **FRCP 7.1 DISCLOSURE STATEMENT OF MASRAF AL RAYAN**<br><br>No. 1:20-cv-6088 (NGG) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Masraf Al Rayan states that Masraf Al Rayan is a corporate party with no parent corporations. No publicly held corporation(s) owns 10% or more of Masraf Al Rayan's stock.

Date: November 18, 2021

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Carolina A. Fornos*
  Carolina A. Fornos
  31 West 52nd Street
  New York, NY 10019-6131
  Phone: (212) 858-1558
  carolina.fornos@pillsburylaw.com

  *Attorney for Masraf Al Rayan*