UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Przewozman, et al.

        Plaintiff(s),

v.

Qatar Charity, et al.

        Defendant(s).

20-cv-6088 (NGG)

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

I, Markenzy Lapointe, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Florida.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 172601
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 20-cv-6088 (NGG) for Defendant Masraf Al Rayan.

Date 11/19/21
Miami, FL

**NOTARIZED**

Sworn to and subscribed to before me on this 19th day of November, 2021.

Notary Public at Large, State of Florida

My Commission Expiress: 04/19/2024

Signature of Movant
Firm Name Pillsbury Winthrop Shaw Pittman LLP
Address 600 Brickell Avenue, Suite 3100
Miami, FL 33131

Email markenzy.lapointe@pillsburylaw.com
Phone 1-786-913-4805