UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------

Przewozman, et al.

Plaintiff(s),

20-cv-6088 (NGG)

v.

Qatar Charity, et al.

Defendant(s).

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

--------------------------------------------------------------

I, Aryeh L. Kaplan                              , being duly sworn, hereby depose and say as
follows:

1.    I am a(n) Partner              with the law firm of Pillsbury Winthrop Shaw Pittman LLP.
2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in
      the above-captioned matter.
3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good
      standing of the bar of the state(s) of Florida                                              .
4.    There are no pending disciplinary proceedings against me in any state or federal court True
5.    I Have not              been convicted of a felony. If you have, please describe facts and
      circumstances.

6.    I Have not              been censured, suspended, disbarred or denied admission or
      readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: 60558
8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and
      advocate *pro hac vice* in case 20-cv-6088 (NGG)  for              Defendant Masraf Al Rayan.

Date 11/19/21

Miami              , FL

Signature of Movant
Firm Name Pillsbury Winthrop Shaw Pittman LLP
Address 600 Brickell Avenue, Suite 3100
Miami, FL 33131

Email aryeh.kaplan@pillsburylaw.com
Phone 1-786-913-4883

**NOTARIZED**

Sworn to and subscribed to before me
on this 19th day of November, 2021.

Notary Public at Large, State of Florida

My Commission Expires: **04/19/2024**