AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Chaim Dov Przewozman, et al.  )  <br>*Plaintiff*  )  <br>v.  )  <br>Qatar Charity, et al.  )  <br>*Defendant*  )  | Case No.   20-cv-06088 (NGG) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Qatar National Bank                                                                                              .

Date:   11/23/2021

/s/ Mary E. Brust
*Attorney's signature*

Mary E. Brust (#5328844)
*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
*Address*

Mary.Brust@ropesgray.com
*E-mail address*

(212) 596-9522
*Telephone number*

*FAX number*