UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Chaim Dov Przewozman, et al.

        v.

Qatar Charity, et al.

----------------------------------------------------------X

1:20-cv-6088-NGG-RLM

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Douglas H. Hallward-Driemeier__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Ropes & Gray LLP__ and a member in good standing of the bar(s) of the State(s) of __Massachusetts and District of Columbia__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendant Qatar National Bank__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 11/23/2021

Respectfully submitted,

/s/ Douglas H. Hallward-Driemeier
Signature of Movant
Firm Name  Ropes & Gray LLP
Address    2099 Pennsylvania Avenue, N.W.
           Washington, DC 20006
Email      douglas.hallward-driemeier@ropesgray.com
Phone      202-508-4776