UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Chaim Dov Przewozman, et al.
　　　　　　　　　　　　Plaintiff(s),

v.

Qatar Charity, et al.
　　　　　　　　　　　　Defendant(s).

1:20-cv-6088-NGG-RLM

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

---

I, Douglas H. Hallward-Driemeier, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Ropes + Gray LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts and District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court  True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 627643 (MA); 994052 (DC)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:20-cv-6088-NGG-RLM for Qatar National Bank.

Date 11/16/2021

Signature of Movant
Firm Name Ropes & Gray LLP
Address 2099 Pennsylvania Avenue, N.W.
Washington, DC 20006

District of Columbia: SS  NOTARIZED

Sworn to and subscribed before me on the 16th day of November, 2021

Notary Public's Signature Carole G Murphy
My Commission Expires 08/31/2023

Email douglas.hallward-driemeier@ropesgray.com
Phone 202-508-4776