UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Chaim Dov Przewozman, et al.

                Plaintiff(s),

v.

Qatar Charity, et al.

                Defendant(s).

1:20-cv-6088-NGG-RLM

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Brittany G. Norfleet, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Ropes & Gray LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 5683768
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:20-cv-6088-NGG-RLM for Defendant Qatar National Bank.

Date November 16, 2021
New York, NY

**NOTARIZED**

PAUL G. LANG
Notary Public, State of New York
No. 01LA4824339
Qualified in New York County
Commission Expires July 31, 2022

Signature of Movant
Firm Name Ropes & Gray LLP
Address
1211 Avenue of the Americas
New York, NY 10036
Email brittany.norfleet@ropesgray.com
Phone 212-596-9228