# FLEISCHMAN BONNER & ROCCO LLP
### ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2066 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: SDavies@fbrllp.com

November 23, 2021

**VIA ECF**

Donald C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Przewozman, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
1:20-cv-06088-NGG-RLM
**Proof of Delivery of Documents Served Under Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2)**

Dear Mr. Palmer:

On November 5, 2021, in response to our request (reflected in ECF 11) your office dispatched via Federal Express an Amended Summons and a copy of the complaint in this action, each in the original English together with a certified Arabic translation, to each of the three Defendants in this action.

According to the Federal Express website, two of the three envelopes were delivered, as follows:

| Addressee | Federal Express Tracking No. | Delivery Date | Federal Express Tracking Summary Attached Hereto As |
|---|---|---|---|
| Qatar National Bank<br>Qatar National Bank Building<br>Al Corniche Street<br>Doha, Qatar | 775062201199 | November 8, 2021 | Exhibit 1 |
| Masraf Al Rayan<br>Grand Hamad Street,<br>Street #119<br>Building #78, Room 5<br>Doha, Qatar | 775062213446 | November 8, 2021 | Exhibit 2 |

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Susan M. Davies

Attachments:  Exhibits 1-2