# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: SDavies@fbrllp.com

---

December 1, 2021

**Via ECF**

Honorable Nicholas G. Garaufis
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> **Re:** *Przewozman, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
> 1:20-cv-06088-NGG-RLM

Dear Judge Garaufis:

     We are co-counsel for the Plaintiffs in the above-captioned action.  On January 5, 2021, Your Honor issued letters rogatory for service of process on the three Defendants in the State of Qatar.  Due to delays at the United States Department of State ("DOS"), these letters rogatory have not yet been executed in the State of Qatar.

     Meanwhile, Plaintiffs' counsel have learned that Defendant Qatar Charity has relocated its principal offices in Doha, Qatar.  We have been advised by DOS that in order for service to be effectuated by the Appropriate Judicial Authority at the current address for Qatar Charity, we must provide a letter rogatory reflecting the current address.

     Accordingly, we respectfully request the Court to:  (a) issue the proposed Amended Letter Rogatory for service on Qatar Charity attached hereto, bearing Your Honor's signature, and (b) direct the Clerk of Court to prepare one exemplified copy of each of the Amended Summons to Qatar Charity issued on November 30, 2021 (ECF 30) and the Complaint filed on December 15, 2020 (ECF 1).

                                     Respectfully submitted,

                                       /s/ Susan M. Davies

Attachment

CC:  All counsel of record (via ECF)