# FLEISCHMAN BONNER & ROCCO LLP

### ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 917-583-8966 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: SDavies@fbrllp.com

December 20, 2021

**VIA ECF**

Donald C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:  *Przewozman, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
      1:20-cv-06088-NGG-RLM
      Proof of Delivery of Documents Served Under Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2)**

Dear Mr. Palmer:

On December 17, 2021, in response to our request, your office dispatched via Federal Express an Amended Summons and a copy of the complaint in this action, each in the original English together with a certified Arabic translation, to Defendant Qatar Charity at Building 18, Street 132, Zone 69, Doha, Qatar, in a Federal Express envelope bearing tracking number 775529237860.

According to the Federal Express website, this envelope was delivered today and signed for by A. Abdulla.  Proof of delivery printed from the Federal Express website is attached.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Susan M. Davies

Attachment