AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Chaim Dov Przewozman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-06088-NGG-RLM |
| Qatar Charity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar Charity                                                                                                                    .

\* This Notice of Appearance does not constitute consent to service of process or personal jurisdiction. Furthermore, Qatar Charity expressly reserves the right to raise all available defenses to the claims alleged in the Complaint in the above-captioned matter.

Date:        1/3/2022

/s/ Kevin Walsh
*Attorney's signature*

Kevin Walsh
*Printed name and bar number*

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
*Address*

kevin.walsh@us.dlapiper.com
*E-mail address*

(212) 335-4571
*Telephone number*

(212) 884.8463
*FAX number*