## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CHAIM DOV PRZEWOZMAN, *et al.*,

          Plaintiffs,

    v.

QATAR CHARITY, QATAR NATIONAL BANK
and MASRAF AL RAYAN,

          Defendants.

Civil Action No. 1:20-cv-6088-NGG-RLM

## RULE 7.1. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar Charity through its undersigned counsel, certifies as follows:

1. Qatar Charity has no parent corporation, and no public corporation owns 10% or more of the shares of Qatar Charity.

Respectfully submitted,

Dated: January 3, 2022
    New York, New York

**DLA PIPER LLP (US)**

By: */s/ John M. Hillebrecht*
    John M. Hillebrecht
    Kevin Walsh
    Jessica A. Masella

Michael G. Lewis
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: 212.335.4500
Fax: 212.335.4501
John.Hillebrecht@us.dlapiper.com
Kevin.Walsh@us.dlapiper.com
Jessica.Masella@us.dlapiper.com
Michael.Lewis@us.dlapiper.com