

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

January 27, 2022

**BY ECF**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088-NGG-RLM

Dear Judge Garaufis:

Counsel for Masraf Al Rayan writes pursuant to Rules III(E) and V(A)(3) of Your Honor's Individual Rules on behalf of all Defendants, and with Plaintiffs' consent, to request an adjournment of the January 31, 2022 deadline to respond to the Complaint until February 11, 2022.

A pre-motion conference for Defendants' anticipated motions to dismiss is currently scheduled for February 4, 2022. Responding to Plaintiffs' Complaint on February 11, 2022 will allow Defendants to file their respective motions after giving all due consideration to the issues raised at the pre-motion conference. This request is Defendants' second request for an extension. This extension would not have an impact on any other scheduled dates.

Respectfully submitted,

/s/ Carolina A. Fornos

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)