AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CHAIM DOV PRZEWOZMAN, et al. | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 1:20-cv-06088-NGG-RLM |
| QATAR CHARITY; QATAR NATIONAL BANK; and MASRAF AL RAYAN | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                          .

Date:    03/29/2022                                                      /s/ Thomas M. Caroccia
                                                                                     *Attorney's signature*

                                                                         Thomas M. Caroccia  (5934716)
                                                                              *Printed name and bar number*

                                                                          Fleischman Bonner & Rocco LLP
                                                                              81 Main Street, Suite 515
                                                                           White Plains, New York 10601

                                                                                             *Address*

                                                                                  tcaroccia@fbrllp.com
                                                                                     *E-mail address*

                                                                                    (908) 516-2045
                                                                                    *Telephone number*

                                                                                    (908) 516-2049
                                                                                      *FAX number*