

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

April 11, 2022

**BY ECF**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088-NGG-RLM

Dear Judge Garaufis:

Counsel for Masraf Al Rayan writes pursuant to Rule III(E) of Your Honor's Individual Rules on behalf of all Defendants (Masraf Al Rayan, Qatar Charity, and Qatar National Bank), and with Plaintiffs' consent, to request both an adjournment of the April 15, 2022 deadline for Defendants' replies in support of their motions to dismiss the Complaint until April 20, 2022, and an extension of the page limit for reply briefs to 30 pages for each brief. Plaintiffs' opposition brief, which has not yet been filed in accordance with Rule V(B) of Your Honor's Individual Rules, is 80 pages and attached two declarations and fourteen exhibits; Defendants make these requests in light of the voluminous nature of Plaintiffs' opposition to Defendants' motions to dismiss.

Your Honor previously granted Defendants two extensions of time to move to dismiss the Complaint in connection with the scheduling of the corresponding pre-motion conference. (ECF Nos. 20, 43). This request is Defendants' first request for an extension of the deadline for reply briefs in support of the same motions to dismiss. This extension would not have an impact on any other scheduled dates.

Respectfully submitted,

/s/ Carolina A. Fornos

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

**Application granted.
So Ordered.**
_____
**Hon. Nicholas G. Garaufis
Date:** 4/11/22

cc: All counsel of record (by ECF)

www.pillsburylaw.com

4879-4169-3723