UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> QATAR CHARITY, *et al.*, <br><br> Defendants. | 1:20-cv-06088 (NGG) (RLM) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO**
**FED. R. CIV. P. 12(b)(2), 12(b)(5), AND 12(b)(6) BY DEFENDANT MASRAF AL RAYAN**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Masraf Al Rayan ("MAR") will move this Court at such time set by the Court, before the Honorable Nicholas G. Garaufis, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and/or 12(b)(6) of dismissal with prejudice of all claims brought by Plaintiffs Chaim Dov Przewozman, *et al.* against MAR in the Complaint filed on December 15, 2020 (ECF No. 1).

Dated: February 18, 2022
      New York, New York

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Carolina A. Fornos*
    Carolina A. Fornos
    Pillsbury Winthrop Shaw Pittman LLP
    31 West 52nd Street
    New York, NY 10019-6131
    Tel.:  (212) 858-1000
    Fax:  (212) 858-1500

    Aryeh L. Kaplan (*pro hac vice*)
    Markenzy Lapointe (*pro hac vice*)
    Pillsbury Winthrop Shaw Pittman LLP
    600 Brickell Avenue, Suite 3100
    Miami, FL 33131
    Tel.:  (786) 913-4900
    Fax:  (786) 913-4901
    *Counsel for Defendant Masraf Al Rayan*