

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

February 18, 2022

**BY EMAIL**

| | |
|---|---|
| James P. Bonner | Steven R. Perles |
| Patrick L. Rocco | Perles Law Firm PC |
| Susan M. Davies | 1050 Connecticut Ave. NW, |
| Fleischman Bonner & Rocco LLP | Suite 500 |
| 81 Main Street, Suite 515 | Washington, D.C. 20036 |
| White Plains, New York 10601 | |

Re: *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088 (NGG) (RLM)

Counsel:

We represent Masraf Al Rayan in the above-referenced matter. Pursuant to Rule V.B.1 of the Individual Rules of Judge Nicholas G. Garaufis, enclosed with this letter please find the following materials related to Masraf Al Rayan's Motion to Dismiss:

> Notice of Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6) by Defendant Masraf Al Rayan;
>
> Memorandum of Law in Support of Defendant Masraf Al Rayan's Motion to Dismiss the Complaint.

Thank you for your attention to this matter.

Sincerely,

*/s/ Carolina A. Fornos*

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

Encl.

cc: All counsel

www.pillsburylaw.com