In UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

CHAIM DOV PRZEWOZMAN, *et al*.,

                  Plaintiffs,

             -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

                  Defendants.

------------------------------------------------------------------ X

Case No. 1:20-cv-6088-NGG-RLM

Served on April 1, 2022

## DECLARATION OF JAMES P. BONNER
## IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

James P. Bonner, an attorney duly licensed to practice law before the courts of New York, and this Court, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of Fleischman Bonner & Rocco LLP, which is co-counsel to the Plaintiffs in the above-captioned action.  I make this declaration in support of Plaintiffs' Opposition to the Motions to Dismiss served on February 18, 2022 by Defendants Qatar Charity, Masraf Al Rayan, and Qatar National Bank.  I make this declaration based upon my personal knowledge of the procedural history of this action and other actions my firm has brought on behalf of different plaintiffs alleging the same causes of action against the same three Defendants, and based upon my review of public records.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of a webpage from the website of the Jewish Virtual Library maintained by the American-Israeli Cooperative Enterprise at https://jewishvirtuallibrary.org/palestinian-rocket-and-mortar-attacks-against-israel, which was downloaded on April 1, 2022.

3.      Annexed hereto as **Exhibit 2** is a true and correct copy of the text portion of a March 8, 2022 news article by Kevin Liptak, Phil Mattingly, Natasha Bertrand, M.J. Lee and Kylie

Atwood titled *Biden Turns To Countries He Once Sought To Avoid To Find Help Shutting Off Russia's Oil Money* reported on CNN.com at https://www.cnn.com/2022/03/08/politics/joe-biden-saudi-arabia-venezuela-iran-russia-oil/index.html, which was last visited on March 22, 2002.

4.      Annexed hereto as **Exhibit 3** is a true and correct copy of a document titled "Qatar Commits USD 40 Million for UN Operations in Gaza," drafted by the U.S. Embassy in Doha, Qatar and sent to various embassies, U.S. governmental bodies, and U.N. bodies, which was retrieved from the WikiLeaks website at https://wikileaks.org/plusd/cables/09DOHA314_a.html on March 25, 2022.

5.      Annexed hereto as **Exhibit 4** is a true and correct copy of a July 19, 2021 article by Bill Steiger and Max Primorac titled *Opinion:  USAID Must Protect the Integrity of its Humanitarian Aid Programs* published by Devex Newswire at https://www.devex.com/news/opinion-usaid-must-protect-the-integrity-of-its-humanitarian-aid-programs-100366, last visited on March 22, 2022.

6.      Annexed hereto as **Exhibit 5** is a true and correct copy of a March 31, 2021 article by Teresa Welsh titled *GAO Report:  USAID Partners Violated Antiterror Laws in West Bank, Gaza* published by Devex Newswire at https://devex.com/news/gao-report-usaid-partners-violated-antiterror-laws-in-west-bank-gaza-99552, last visited on March 22, 2022.

7.      Annexed hereto as **Exhibit 6** is a true and correct copy of a March 2021 Report of the U.S. Government Accountability Office titled *WEST BANK AND GAZA AID:  Should Funding Resume, Increased Oversight of Subawardee Compliance with USAID's Antiterrorism Policies and Procedures May Reduce Risks*," which is published on the official website of the U.S. Government Accountability Office at https://www.gao.gov/assets/gao-21-332.pdf, last visited on March 22, 2022.

8.      Annexed hereto as **Exhibit 7** is a true and correct copy of the text of a July 4, 2021 article titled *UN Funds Millions to Palestinian Groups with Terror Ties - Im Tirtzu* published by The Jerusalem Post at https://www.jpost.com/j-spot/zionist-watchdog-un-funds-millions-to-palestinian-groups-with-terror -ties-673753, last visited on March 22, 2022.

9.      Annexed hereto as **Exhibit 8** is a true and correct copy of a July 24, 2019 article by Beniamino Parenzo titled *How the United Nations Indirectly Funds Hamas*" published by the Jerusalem Institute of Justice at https://ji.org/news/united-nations-funds-hamas/, last visited on March 22, 2022.

10.     This Court issued letters rogatory for service of process on all three defendants on January 5, 2021.  Those letters rogatory were transmitted to the U.S. Department of State, together with the summonses and complaints in English and Arabic, for transmission to the U.S. Embassy in Doha, Qatar on February 4, 2021.  On January 20, 2022, SeBryna T. Coffee at the Department of State advised my office that the letters rogatory for service on Qatar National Bank and Masraf al Rayan were transmitted to the Qatar Ministry of Foreign Affairs in Doha, Qatar on December 20, 2021.  We have not been able to obtain any further updates on the status of these letters rogatory.

11.     In November 2021, we learned that Defendant Qatar Charity had moved from the address stated in the letters rogatory and, on the advice of the Jared Hess, Judicial Assistance Officer at the Department of State, we requested that the Court issue amended letters rogatory for service on Qatar Charity at its current address.  These amended letters were issued on December 12, 2021, and transmitted to the U.S. Department of State with the necessary copies of the summons and complaint in English and Arabic on January 3, 2022.  On March 31, 2022,

Mr. Hess notified my office that these letters rogatory were enroute to the U.S. Embassy in Doha.

12.     Extensive research on Lexis Advance has revealed no decision in which a federal or state court has determined that Qatari law forbids service of process by a form of mail that requires a signed receipt.

13.     Annexed hereto as **Exhibit 9** are the "country specific information pages" for Germany, Qatar, and Switzerland retrieved on March 21, 2022 from the U.S. Department of State's database of Judicial Assistance Country Information at

https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information.html.

14.     Annexed hereto as **Exhibit 10** is the English language translation of Article 11 of the Qatar Civil and Commercial Procedure Law, Law No. 13 of 1990 retrieved from the Al Meezan Qatari Legal Portal at https://almeezan.qa/LawArticles.aspz?LawArticleID=33083& LawID=2492&language=en, last visited on March 22, 2022.

15.     Annexed here to as **Exhibit 11** is a true and correct copy of an Amicus Brief filed on September 25, 2019 by the Institute of International Bankers, the European Banking Federation, and the French Banking Federation in the Second Circuit appeal *Strauss, et al. v. Crédit Lyonnais, S.A.*, Case Nos. 19-865(L) and 19-1285 (XAP).

16.     Annexed hereto as **Exhibit 12** is a true and correct copy of a webpage from the Qatar Charity website at https://www.qcharity.org/en/qa/qatar-charity-offices which was downloaded on March 24, 2022.  At page 5 of Exhibit 12, Qatar Charity reports total income in 2020 from donations and investments in the amount of 1,842,666,138 Qatari Riyals (QAR).  At the current exchange rate of 274.725275 USD for 1,000 QAR, Qatar Charity's 2020 income from donations and investments is worth $506,226,961.50.

17.     Annexed hereto as **<u>Exhibit 13</u>** is a true and correct copy of Qatar Charity's audited financial statements for the 12 months ended December 31, 2020, which were retrieved from Qatar Charity's website at <u>https://www.qcharity.org/en/qa/media/electronicbooks?type=74&view=FinancialTransparency</u> on March 24, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2022.

_____
James P. Bonner

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 1, 2022, pursuant to Fed. R. Civ. P. 5(b)(2)(E),

I caused the foregoing *Declaration of James P. Bonner executed on April 1, 2022*

*with Exhibits 1 - 13* to be served on each of the following counsel of record by

electronic means, in accordance with such counsels' prior written consent:

Brittany Grace Norfleet at Brittany.Norfleet@ropesgray.com
Douglas H. Hallward-Driemeier at Douglas.Hallward-Driemeier@ropesgray.com
Mary Brust at Mary.Brust@ropesgray.com
Michael G. McGovern at Michael.McGovern@ropesgray.com
*Counsel for Defendant Qatar National Bank*


Jessica A. Masella at Jessica.Masella@dlapiper.com
John M. Hillebrecht at John.Hillebrecht@dlapiper.com
Kevin Walsh at Kevin.Walsh@dlapiper.com
Michael George Lewis at Michael.Lewis@dlapiper.com
*Counsel for Defendant Qatar Charity*


Aryeh Kaplan at Aryeh.Kaplan@pillsburylaw.com
Carolina A. Fornos at Carolina.Fornos@pillsburylaw.com
Markenzy Lapointe at Markenzy.Lapointe@pillsburylaw.com
*Counsel for Defendant Masraf Al Rayan*

Dated:  April 1, 2022

By: _____
        Thomas Caroccia