| September 27 | One (1) rocket hit | Hit identified in an open area in the western Negev. There were no casualties and no damage. |
| September 21 - 26 | One (1) rocket hit; one (1) mortar hit | Hits identified in open areas in the western Negev. There were no casualties and no damage. |
| August 31 - Sept 6 | Two (2) rocket hits | One rocket fell in an open area in the western Negev on August 31. The second fell in an open area in the western Negev on September 5. There were no casualties and no damage reported. |
| August 26-30 | Five (5) rockets hits; One (1) GRAD hit; Three (3) mortar hits | Fired at southern Israel from the Gaza Strip. There were no immediate reports of damage or injury. **More than 150 rockets and 45 mortars were fired into Israel from Gaza in August 2011 alone.** |
| August 20-25 | One-hundred and six (106) rocket hits; Forty (40) mortar hits | Fired from Gaza into southern Israel in the one of the largest escalations in recent years. Rockets struck in almost every major Israeli city in the south of the country, including Beersheba, Ashkelon and Ashdod. At least 13 civilians were injured in the barrages and one, 38 year old Yossi Shoshan, was killed. On August 24, a nine-month old infant was lightly wounded when a rocket exploded near where she was being held. At least 7 rockets were intercepted and destroyed by the Iron Dome anti-missile system. One of the mortars fired at Israel contained illegal white phosphorous, an incendiary chemical that burns and leads to boils. Despite a ceasefire reached between Israel and Hamas on August 22, missiles continued to be fired. |
| August 17-19 | Twenty-Seven (27) rocket hits; | **At least seven injuries being reported.** One rocket hit a *yeshiva* while another rocket landed on a synagogue, though did not explode. The Gaza-based, Al-Qaeda- |

| | Two (2) mortar hits | linked Abdullah Azzam brigades claimed responsibility for shooting at least two rockets on August 19. |
|---|---|---|
| August 10-16 | Three (3) rocket hits | Hits identified as striking in southern Israel. No injuries were reported as a result. On August 15 a 122mm GRAD rocket fell in an open area near Beersheba. No casualties and no damage were reported. |
| August 3-9 | Six (6) rocket hits | Two of the rockets had longer ranges than usual and landed near the southern Israeli city of Kiryat Gat - an improved locally-manufactured rocket (August 3) and what was apparently a 122mm Grad rocket (August 4), after which a number of civilians were treated for shock. Another rocket fired on August 4 landed in the western Negev. Six mortar shell hits were identified in Israeli territory. They fell in open areas in the western Negev. No casualties were reported and no damage. |
| July 27-August 2 | Two (2) rocket hits | Hits identified in the western Negev (July 28 and August 1). An Israeli civilian woman suffered minor wounds from the rocket fired on August 1. |
| July 20-26 | One (1) rocket hit | Identified in the western Negev. |
| July 13-19 | Eleven (11) rocket hits; One (1) mortar hit | Identified in Israeli territory. Most of the rockets fell in open areas in the western Negev. There were no casualties and no damage. |
| July 6-12 | Two (2) rocket hits | Hits identified in Israeli territory (July 9). The rockets fell in open areas in the western Negev. There were no casualties. |
| June 29 - July 5 | One (1) rocket hit | Hit identified in Israeli territory (July 3) in an open area in the western Negev; there were no casualties and no damage. On July 2 two mortar shells fell in an open area in the western Negev. |
| June 22-28 | Two (2) | Hits indentified in Israeli territory (June 21) in an open area in the |

31

| | **rocket hits** | western Negev. There were no casualties and no damage. |
|---|---|---|
| **June 15-21** | **One (1) rocket hit** | Hit indentified in Israeli territory (June 16) in an open area in the western Negev. There were no casualties and no damage. |
| **May 25-31** | **One (1) rocket hit** | Hit identified in an open area in the western Negev (May 28). There were no casualties and no damage. It was the first rocket hit since April 18. |
| **April 15-18** | **Two (2) rocket hits** | Hits indentified during the Passover holiday. One Grad rocket landed near the city of Ashdod on April 15; there were no casualties and no damage. The other (April 18) landed in an open area in the western Negev. |
| **April 7-10** | **Sixty-five (65) rocket hits; Sixty-Seven (67) mortar hits** | Fired at Israeli territory. Some of the rockets were long-range and fell in the regions of Beersheba, Ashqelon and Ashdod. Eight of them were intercepted by the Israeli Iron Dome aerial defense system. |
| **April 7** | **Laser-guided anti-tank missile** | Hamas operatives fired the missile an Israeli school bus in the western Negev.<br><br>Two people were injured from the attack, one later died of his wounds. 16 year old student Daniel Viflic of Bet Shemesh died from his wounds suffered during the attack. Luckily the attack took place just minutes after the majority of students had been dropped off. |
| **March 30-April 5** | **Three (3) rocket hits** | Hits identified in Israeli territory. All three rockets fell in open areas in the western Negev. There were no casualties and no damage. |
| **March 22-29** | **Thirteen (13) rocket hits; Eighteen** | Identified in Israeli territory. On March 23, six mortar shell hits were identified in the western Negev south of Ashkelon. One of them contained phosphorous.On March 24, five rocket hits were identified, one of them a Grad rocket which landed near the southern Israeli city of Ashdod. Five mortar shell hits were also identified, all fired simultaneously, falling in open areas in the |

|  | (18) mortar hits | western Negev. On March 26, two rockets landed in the western Negev. There were no casualties but damage was done to property. |
| --- | --- | --- |
| **March 19** | **Forty-nine (49) mortar hits** | Exceptional barrages of 120 mm mortar shells struck the western Negev. The mortar shells were fired simultaneously from a number of sites in the Gaza Strip. Most fell in open areas. Two people sustained minor injuries and considerable damage was done to property. It was the most serious mortar shell attack since Operation Cast Lead |
| **March 15-22** | **Four (4) rocket hits; Six (6) mortar hits** | Hits identified in Israeli territory, one south of the city of Ashkelon on March 20. No damage was done. Several Israelis were treated for shock. There were no casualties and no damage. |
| **March 9-15** | **Two (2) rocket hits; One (1) mortar hit** | Identified in open areas in the western Negev. There were no casualties and no damage. |
| **March 2-8** | **Two (2) rocket hits** | Hits identified in Israeli territory. They fell in open areas in the western Negev on March 5. There were no casualties and no damage. |
| **Feb 23 - March 1** | **Three (3) rocket hits; Six (6) mortar hits** | Hits identified, including a 122mm Grad rocket which fell in the southern Israeli city of Beersheba. The rocket hit a house and caused considerable damage to the building and its surroundings. Four people were treated for shock. |
| **February 19** | **One (1) rocket hit** | Identified in the western Negev; there were no casualties and no damage. |
| **February 14** | **One (1) mortar hit** | Identified in the western Negev; there were no casualties and no damage. |

| | | |
|---|---|---|
| **February 2-8** | **One (1) rocket hit Seven (7) mortar hits** | Hits identified in Israeli territory. Rocket landed in an open area in the western Negev. There were no casualties and no damage. |
| **January 31** | **Three (3) rocket hits; One (1) mortar shell** | Two of the rockets were Grad rockets. Hits identified and in open areas in the southern Israeli towns of Netivot (close to a site where a wedding was being held) and Ofakim. Four people went into shock and several vehicles were damaged. Mortar fell in an open area in the western Negev. There were no casualties and no damage. |
| **January 21** | **One (1) rocket hit** | The rocket fell in an open area in the western Negev. There were no casualties and no damage. |
| **January 12-18** | **Three (3) rocket hits** | Hit Western Negev. The rockets fell in open areas. There were no casualties and no damage. |
| **January 5-11** | **Eight (8) rocket hits; Thirteen (13) mortar hits** | Six civilians were wounded, one of them critically. The main attacks were the following: On **January 5**, seven rocket hits were identified in the western Negev. There were no casualties and no damage. On January 6, seven mortar shell hits were identified over a 24-hour period. Two mortar shells hit a building and wounded six foreign workers, one of them critically and one seriously. On January 7 a rocket hit was identified near the security fence. There were no casualties and no damage. On January 10 three rocket hits were identified near the city of Ashkelon and one in an open area. There were no casualties and no damage. |

## 2010

| | |
|---|---|
| December 19 - 31 | Two (2) rocket hits were identified in the western Negev (December 28 and 30). They fell in open areas. There were no casualties and no damage. Three mortar shell hits were identified in the western Negev. On January 1 a women in the western Negev went into a shock. |
| December 21 - 28 | Five (5) mortar shell hits were identified in Israel territory, most of which fell in open areas. On December 24 a rocket hit was identified in an open area in the western Negev. There were no casualties and no damage. |

| December 15 - 21 | **15 mortar shells** were fired at the western Negev. On December 20, 12 mortar shells were fired and landed in open areas. On December 19 three mortar shells were fired and landed in open areas. There were no casualties and no damage. A rocket hit was identified on **December 21**. It fell in the western Negev. A young woman sustained minor injuries. |
|---|---|
| December 8 | Two (2) rocket hits were identified in Israeli territory. There were no casualties and no damage. In addition, six mortar shells were fired into the western Negev, two on **December 7** and four on **December 8**. In the December 8 attack an **Israeli civilian sustained minor injuries**. |
| December 1 - 7 | Two (2) rocket hits and one mortar shell hit were recorded in the western Negev. On **December 6** one of the rockets fell in the western Negev, causing no injuries or damage. |
| November 16 - 22 | Six (6) mortar shells were fired into Israeli territory. They fell in open areas in the western Negev. There were no casualties and no damage. At least one of the mortar shells contained phosphorous. On **November 16** a rocket hit was identified in an open area in the western Negev, causing damage to property. On **November 19**, three rocket hits were identified, including a 122 mm Grad rocket in Ofakim. There was damage to property and livestock. |
| November 6 | One (1) rocket hit was identified in the western Negev. |
| October 26 - 31 | Two (2) mortar shells were fired at an IDF force conducting routine security activity. There were no casualties and no damage. |
| October 25 | A number of mortar shells were fired at an IDF force conducting routine patrols. Three mortar shell hits were identified in the western Negev. |
| October 6 - 12 | One (1) mortar shell hit and one (1) rocket hit were identified in Israeli territory. |
| Sept 27 - Oct 5 | Two (2) rockets fell in Israeli territory in the western Negev. |
| September 22 - 26 | One (1) rocket hit was identified in Israeli territory. |
| September 15 - 21 | **Nine (9) mortar shells** were fired into Israeli territory, eight of them on September 15. They fell in open areas in the western Negev. There were no casualties and no damage. |

35

| | |
|---|---|
| September 7 - 14 | Increase in rocket fire targeting the western Negev. During the week (which included Rosh Hashanah, the Jewish New Year) **nine (9) rocket hits** were identified in Israel. Most of them fell in open areas. There were no casualties and no damage. |
| September 1 - 6 | One (1) rocket hit was identified in the western Negev. There were no casualties and no damage. |
| August | On August 16 two Kassam rockets fell in the northwestern Negev. On the morning of August 17 two mortar shells were fired at an IDF force near the security fence. **Two soldiers sustained minor wounds.** Two mortar shells fell in an open area in the northwestern Negev. On August 16 Israeli security forces prevented an attack against IDF forces with an IED near the security fence in the southern Gaza Strip. One of the terrorists was killed - a prominent member of the Palestinian Islamic Jihad who took part in the exchange of fire five months ago in which an IDF soldier was killed - and an **IDF soldier sustained minor wounds**. On August 2 **six (6) rockets were fired** at Israel. Three fell in Eilat. There were no casualties. Two rockets fell in the Jordanian city of Aqaba. **A Jordanian civilian was killed and five were wounded**, one of them critically. |
| July 28 - 31 | On July 30 a 122mm Grad rocket fell in the southern city of Ashkelon, sending one Israeli woman into shock. On July 31 a rocket fell near an educational building in the western Negev. There were no casualties but the building was severely damaged. |
| July 20 - 27 | **Five (5) rocket hits** were identified, four of them on July 24. There were no casualties and no damage. On July 20 a mortar shell was fired at an IDF force on routine patrol along the security fence. |
| July 14 - 19 | One (1) mortar shell was fired at IDF soldiers on a routine patrol along the security fence. |
| June 24 - 30 | On June 24, **12 mortar shells were fired** from the Beit Hanoun region at an IDF force engaged in routine security activities. Six fell in Israeli territory. The force was also attacked with light arms fire. On June 28 a mortar shell was fired at an IDF armored vehicle. The vehicle was damaged. On June 30 one rocket his was identified in the western Negev. A local factory was damaged. |
| June 16 - 22 | Two (2) rocket hits were identified near the security fence in the western Negev. There were no casualties and no damage. A number of IEDs were detonated and light arms were fired at IDF patrols near the security fence. |
| June 9 - 15 | One (1) rocket hit was identified in the western Negev. On June 9 an IED exploded near an IDF force on routine patrol near the security fence in the southern Gaza Strip and on June 14 near an IDF force carrying out routine security activities in the southern Gaza Strip. There were no casualties and no damage. |
| June 1 - 8 | **Six (6) rocket hits** were identified in Israeli territory, three on May 31 and three on June 1. All the rockets fell in open areas. There were no casualties and no damage. Also on June 1 an **anti-tank missile was fired** at an IDF force engaged in routine security activity near the border fence in the southern Gaza Strip. On two occasions (June 1 and 7) the Israeli Air Force attacked rocket-launching squads which were about |

36

| | to fire rockets into the western Negev. On the morning of June 1 an IDF force identified two terrorist operatives who crossed the security fence in the southern Gaza Strip. During the ensuing exchange of fire the terrorists were killed.On June 7 an IDF force attacked a commando terrorist squad at sea. The squad was apparently on its way to Israel from the sea to carry out a terrorist attack. Four members of the squad were killed. |
|---|---|
| May 26 - 31 | **Seven (7) rocket hits** were identified in the western Negev (five of them on May 26). The rockets fell in open areas. There were no casualties and no damage. |
| May 18 - 25 | Two (2) rockets fell in Israeli territory (May 19 and 20). They exploded in open areas. On May 21, two terrorists infiltrated into Israeli territory near Nirim in the western Negev. IDF forces shot and killed them. Two assault weapons and magazines were found near the bodies. On the evening of May 21, during a routine patrol in the southern Gaza Strip, an **IDF scout was seriously wounded by sniper fire**. On May 25 an IDF force identified a suspicious Palestinian driving a wagon close to the security fence. After he distanced himself from the wagon, which was apparently booby trapped, it exploded. There were no casualties. |
| May 11 - 17 | One (1) mortar shell was fired at an IDF force carrying out routine operations near the security fence; civilian engineers working near the security fence and and IDF force carrying out routine activities near the Kissufim post were attacked with light arms (May 12); two IEDs exploded near an IDF force carrying out routine operations at the security fence, damaging the fence (May 14). |
| May 4 - 10 | One (1) rocket hit was identified in the western Negev. There were no casualties and no damage. IDF soldiers were attacked twice with light arms near the border fence. |
| April 27 - May 3 | Small arms fire was opened several times on IDF soldiers engaged in routine security activities near the border fence. There were no injuries. |
| April 25 | Light-arms fire targeted civilians engaged in non-military activities near the security fence. There were no casualties. On the same day, an IDF force found three mines near the security fence in the central Gaza Strip. |
| April 11 - 16 | On April 16, an IDF force identified a suspicious figure apparently trying to set an IED near the security fence along the Gaza Strip, near Kfar Aza. The terrorist threw a grenade at the force. The IDF force returned fire and killed him. In the early morning hours of April 13 an IDF force identified a terrorist squad in placing an IED near the security fence close to the Kissufim crossing. |
| March 24 - April 6 | A total of **five (5) rocket hits** were identifed in Israeli territory; four others fell inside the Gaza Strip. Three (3) mortar shells were also fired, two at an IDF force during the incident on March 26. There were no casualties. Responsibility for the rocket and mortar shell fire was claimed by the Palestinian Islamic Jihad, the Popular Front for the Liberation of Palestine, and Fatah's Al-Aqsa Martyrs Brigades. On March 26 an **IDF officer and soldier were killed and four others were wounded** near the Kissufim crossing in the central Gaza Strip. The Izz al-Din al-Qassam Brigades, Hamas' military-terrorist wing, claimed responsibility for the incident. |

| | |
|---|---|
| March 16 - 23 | Significant increase in the number of rockets fired into the western Negev, with **nine (9) identified rocket hits**. Five other rockets fell inside the Gaza Strip. On **March 18** a rocket hit a greenhouse in Netiv Ha'asara, **killing a Thai worker**. He was the first rocket fire victim since Operation Cast Lead. |
| March 10 - 15 | Two (2) rocket hits were identified from Gaza firing at the western Negev. There were no casualties. On **March 14** light arms were fired at a motorized IDF patrol moving along the border security fence. There were no casualties. |
| Feb 25 - March 1 | On February 25, 2010 patrol found a rocket launcher and rocket near the security fence. The launcher was detonated in a controlled explosion by IDF experts. On March 1 an IDF tank shot at a squad of Palestinians who approached the security fence near Beit Lahiya in the northern Gaza Strip, killing one terrorist and wounding others. A search of the area revealed a mortar and detonation system. An anti-tank missile was fired at the searchers. There were no casualties reported. |
| February 17 - 23 | Two hits (apparently mortar shells) were identified near the security fence inside the Gaza Strip. The Democratic Front for the Liberation of Palestine claimed responsibility for the fire, aimed at an IDF force. On February 18 an IED was detonated against an IDF patrol, **lightly wounding one soldier**. |
| February 10 - 16 | One (1) rocket hit was identified in the western Negev. There were no casualties and no damage. On **February 10**, a squad of suspicious Palestinians was identified and fired on near the Erez crossing. |
| February 1 - 9 | Two (2) rocket hits (Feb 3 and 7) were identified in open areas near population centers. There were no casualties and no damage. |
| January 21 - 31 | Two (2) rocket hits were identified in open areas in the western Negev. There were no casualties and no damage. |
| January 13 - 20 | Three (3) rocket hits and one (1) mortar shell hit were identified in open areas in the western Negev. In addition, a number of rockets and mortar shells were fired and landed in the Gaza Strip. There were no casualties and no damage. |
| January 6 - 12 | **Seven (7) rocket hits** were identified in Israel, most on January 7. In addition, an IDF force was shot at near the Karni crossing (Jan 7), and an IED exploded near an IDF force patrolling along the security fence (Jan 10). |
| January 1 - 5 | Two (2) rocket hits were identified in the western Negev. For the first time since Operation Cast Lead, a rocket hit was identified in the southern Israeli city of Netivot (Jan 2). Responsibility was claimed by the military-terrorist wing of the Popular Front for the Liberation of Palestine. There were no casualties. One women was treated for shock. In addition, a mortar shell was fired at an IDF force near the security fence (Jan 4) and four mortar shells were fired at the Kerem Shalom and a rocket at the Kissufim crossings (Jan 1). |

## 2009

| December 15 - 22 | Two (2) rocket hits were identified in the western Negev. They fell in open areas, there were no casualties and no damage. |
|---|---|
| December 9 - 14 | Two (2) rocket hits were identified in the western Negev. They fell in open areas, there were no casualties and no damage. On **December 12** Palestinians opened fire with light arms on an IDF force in the Kissufim region. There were no casualties. An IDF force shot at five Palestinians suspected of terrorist activities sighted in Israeli territory after an RPG was fired at an IDF jeep. |
| December 1 - 8 | One (1) rocket hit was identified in an open area in the western Negev (December 4). There were no casualties and no damage. On December 4 an IDF patrol was attacked with RPG and light arms fire near the security fence in the central Gaza Strip. |
| November 17 - 24 | Four (4) rocket hits were identified in open areas near towns. On November 16 two mortar shell were fired.There were no casualties and no damage. On November 18 an IED was used to attack an IDF force near the security fence south of the Karni crossing. Light arms were used to attack an IDF force near the Kissufim crossing. |
| November 1 - 14 | Three (3) rocket hits were identified. All three landed in open areas in the western Negev; there were no casualties and no damage. On November 13, An IDF force identified a squad laying an explosive device in the northern Gaza Strip, and opened fire. |
| October 20 - 27 | One (1) rocket hit was identified in an open area near a town in the western Negev on October 21. There were no casualties. On October 20, three mortar shells were fired at an IDF force and on October 21, shots were fired at an IDF force near the security fence. |
| October 12 - 19 | Two (2) rocket hits were identified in open areas in the western Negev (October 13 and 18). There were no casualties and no damage. |
| October 6 - 11 | One (1) mortar shell hit was identified in an open field near Sderot (October 7, 2009). There were no casualties and no damage. On **October 6** civilians working near the Karni crossing were attacked with light arms fire. |
| Sept 29 - Oct 5 | **Five (5) rocket hits** were identified in open areas near Israeli communities (another rocket fell inside the Gaza Strip), There were no casualties and no damage. In addition, light arms were used to attack IDF force and Israeli civilians near the security fence. |
| September 22 - 28 | Three (3) rocket hits were identified in the western Negev (the Palestinians fired other rockets which landed inside the Gaza Strip). One mortar shell was fired. There were no casualties and no damage. Shots were fired at IDF patrols and Israeli civilians working near the security fence, near the Sufa and Kissufim crossings. |
| September 15 - 21 | Two (2) rocket hits were identified in the western Negev and a mortar shell was fired at civilians working near the security fence. IDF patrols and Israeli civilians working near the security fence were also shot at, mostly with light arms. On September 20 an |

|  | IDF force shot at a terrorist squad planting IEDs southeast of Jabaliya, killing two terrorists and wounding three. |
|---|---|
| September 1 - 8 | Three (3) rocket hits were identified and **seven (7) mortar shells** hits were identified in open fields in the western Negev. There were no casualties and no damage. On September 3, 2009, during a 24-hour period, seven mortar shells were fired, four at an IDF force near the security fence and three at communities in the western Negev. There were no casualties and no damage was done. In an exceptional statement, the Iz a-Din al-Qassam Brigades, Hamas' military-terrorist wing, claimed responsibility for the attacks. Palestinians also shot at civilians working the near security fence, damaging a tractor, and at an IDF force near the security fence in the central Gaza Strip which returned fire. |
| August 24 - 30 | One (1) rocket hit and two (2) mortar shell hits were identified near a village in the western Negev. One mortar landed in an IDF base north of the Gaza Strip, **slightly wounding a soldier.**There were no casualties and no damage. On August 24, 2009 Palestinians opened fire at Israeli civilians engaged in non-military activities near the security fence in the southern Gaza Strip. There were no casualties and no damage. On August 30, 2009 Palestinians opened fire at Israeli civilians conducting an engineering project near the security fence in the northern Gaza Strip. There were no casualties and no damage. |
| August 12 - 18 | One (1) mortar shell was fired at Israel civilian working near the border fence. |
| August 4 - 11 | One (1) rocket hit was identified in the western Negev. On August 10, Israeli civilians working near the Karni crossing were attacked by small arms fire. On August 9, two mortar shells fell near the Erez crossing inside the Gaza Strip. The attack occurred as a Palestinian heart patient was being transferred to an Israel ambulance on his way to medical treatment in Israel. |
| July 16 - 23 | On **July 16, 2009** a rocket hit was identified south of Kibbutz Nahal Oz. There were no casualties and no damage was done. On **July 19** armed Palestinians launched RPGs and mortar shells at an IDF force patrolling the border fence near Kibbutz Nahal Oz**.** On **July 23, 2009** light arms were fired from the Gaza Strip at a group of Israeli civilians working near the Sufa crossing. There were no casualties. |
| July 1 - 11 | On **July 7, 2009** a mortar shell was fired at an IDF patrol near the Karni crossing, falling in Israeli territory. On **July 11** a mortar shell was fired near the Karni crossing, falling inside the Gaza Strip. On **July 2, 2009** an IDF patrol was fired on south of the Karni crossing. On **July 5** three mortar shells were fired at an IDF patrol near the Sufa crossing. |
| June 21 - 29 | On **June 29** two Palestinians were observed placing an IED 2 kilometers southwest of the Karni crossing. On **June 25, 2009** light weapons were fired at the Nahal Oz fuel terminal; there were no casualties.On **June 21, 2009** an IDF force on routine patrol uncovered four IEDs placed along the border security fence in the Kissufim region of the western Negev . As the IEDs were being disarmed, two mortar shells were fired and light arms were used to attack the soldiers. There were no casualties. |
| June 9 - 15 | One (1) rocket hit was indentified in the western Negev . There were no casualties and no damage was done. |

| | |
|---|---|
| May 19 | One (1) rocket hit a house in the southern city of Sderot, causing damage. Two people were treated for shock. |
| May 5 - 12 | **Four (4) rockets** and two (2) mortar shell hits were identified, all of them in non-inhabited areas. There were no casualties and no damage was done. |
| April 28 - May 5 | One (1) rocket and three (3) mortar shells were fired at Israel. |
| April 15 - 20 | Two (2) rockets were fired at the western Negev falling in open fields. |
| April 1 - 7 | Two (2) rockets and two (2) mortar shells were fired at Israel. No injuries or damage was reported. |
| March 24 - 31 | Two (2) rockets and one (1) mortar shell were fired at Israel. On March 31, following the prevention of an attempt to place an IED near the border security fence, two rockets and a mortar shell were fired at western Negev communities. |
| March 17 - 23 | Three (3) mortar shells were fired at IDF forces operating along the border security fence. Hamas's Izz al-Din al-Qassam Brigades claimed responsibility for the mortar shells fired on March 22. |
| March 9 - 16 | **Fourteen (14) rockets** and four (4) mortar shells fell in Israel, most of them in open areas, causing neither casualties nor property damage. |
| March 3 - 8 | **Seventeen (17) rockets** were fired, one of them hitting the city of Netivot. There were no casualties or property damage. **Nine (9) mortar shells** were launched. On March 5 an **anti-tank missile was fired** at an IDF patrol moving along the border security fence. In response the Israeli Air Force attacked the squad. The Palestinian Islamic Jihad claimed responsibility for the missile attack. |
| Feb 25 - March 3 | **Twenty-five (25) rocket hits** were identified. Two 175mm upgraded long-range rockets with a maximum range of 18 kilometers (11 miles) hit Ashkelon on February 28, **one hitting a school building** and causing serious damage. No mortar shells were fired. <br>• Mar 1 - Nine rocket hits were identified in the western Negev, one hitting a house in Sderot. No casualties were reported. <br>• Feb 28 - Seven rocket hits were identified, including two long-range rockets that struck in Ashkelon, one causing heavy damage to a school building when shrapnel penetrated the walls of several classrooms. Seven people living nearby suffered stress-related trauma. <br>• Feb 27 - 2 rocket hits were identified. There were no casualties and no damage was caused. <br>• Feb 26 - 3 rockets landed in Israeli territory, two in Sderot. One rocket hit a house |

| | |
|---|---|
| | and the other landed in an outdoor area near the industrial zone. There were no casualties, but the house was damaged. |
| February 17 - 24 | **Twelve (12) rockets** and **fifteen (15) mortar shells** were fired from the Gaza Strip. The main incidents were the following:<br>• Feb 19 - Four rocket hits were identified - one fell near Sderot. There were no casualties and no damage was reported.<br>• Feb 20 - Six mortar shells were fired at IDF forces. There were no casualties and no damage was reported.<br>• Feb 20 - A three-man Palestinian terrorist squad placed an IED four kilometers northeast of the Kissufim post, and then fled.<br>• Feb 23 - Two rocket hits were identified near Sderot. There were no casualties and no damage was reported. A terrorist squad attempted to place an IED three kilometers north of the Kissufim post. The Israeli Air Force attacked the squad. |
| February 10 - 16 | **Thirteen (13) rockets** were fired, one of them a 122mm long-range Grad rocket, which landed southwest of the city of Yavneh. In addition, six mortar shells were fired, mostly at IDF forces. Two mortar shells were fired at an Israeli Navy vessel near the Gaza shore, and a number of IEDs were detonated against IDF forces. In all the above incidents there were no casualties and no property damage was reported**.** |
| Jan 20 - Feb 8 | The following violations occurred:<br>February 8 - Rocket fell in kibbutz parking lot in northwest Negev. Another fell south of Ashkelon.<br>February 6 - Rocket fired from the area of Beit Lahiya in northern Gaza Strip hit western Negev. Another rocket fell south of Ashkelon.<br>February 3 - A 122mm Grad rocket fell between two buildings in the city of Ashkelon.<br>February 1 - Six mortar shells fired into Israeli territory, armed Palestinians shot at IDF force near Kissufim in western Negev and four rockets were fired at western Negev towns and villages.<br>January 31 - A rocket fell south of Ashkelon.<br>January 29 - A rocket fell in an open area near Sderot.<br>January 28 - A rocket fell in Israeli territory near the southern Gaza Strip.<br>January 27 - An IED was detonated against IDF patrol north of Kissufim.<br>January 25 - Terrorist squad tried to carry out rocket attack against Israel. One rocket fired, fell inside Gaza Strip.<br>January 20 - Eleven mortar shells fired at IDF forces and into Israeli territory and terrorists shot at IDF force near border security fence in central Gaza Strip. |

## 2008

| | |
|---|---|
| January-December | A total of 3,107 rockets and mortars were fired at Israel in 2008. |
| December 27-31 | See Operation Cast Lead. |
| December 26 | A dozen rockets and mortar bombs were fired from Gaza into Israel. |
| December 24 | More than 60 Qassam rockets and dozens of mortar shells struck homes, factories and a playground in southern Israel. Two longer ranged Grad-type missiles struck a public area in northern Ashkelon. Homes in Kibbutz Shaar Hanegev and Sdot Negev suffered serious damage from direct hits. A rocket also struck next to a playground in Netivot. One |

42

|  | factory in the western Negev was hit twice. Several people in those areas were treated for shock. |
|---|---|
| December 23 | At least five Qassam rockets fired from the Gaza Strip struck the western Negev. |
| December 22 | Three Qassam rockets were fired at Israel. |
| December 21 | At least 50 rockets and mortars struck southern Israel since a cease-fire with Hamas ended on December 19. |
| December 18 | Hamas declares the end of the six-month truce with Israel. Three rockets are fired at Israel by the Al-Quds Brigades. |
| December 17 | A Qassam rocket struck the parking lot of a shopping center in Sderot, injuring three Israelis. At least 18 rockets and 6 mortar shells were fired this day on southern Israel, 48 hours before the truce between Israel and the Hamas expired. |
| December 16 | At least six Qassam rockets and a mortar shell hit Israel. |
| December 12 | Two rockets launched from the Gaza Strip hit open space in Israel. |
| December 6–7 | At least 20 Qassam rockets and mortar shells fired from the Gaza Strip hit the western Negev. |
| December 3 | At least four Qassam rockets and 15 mortar rounds were fired from the Gaza Strip at the western Negev. Islamic Jihad's Al-Quds Brigades claimed responsibility. |
| November 26–27 | Four Qassam rockets landed in the western Negev, one damaging a house on a kibbutz. |
| November 24–25 | Two Qassam rockets landed in Israel. |
| November 22–23 | Four Qassam rockets were fired from Gaza into Israel. |
| November 21 | A rocket hit the Ashkelon industrial area. |
| November 12–19 | In this week 62 rockets and 26 mortars were fired from Gaza into Israel. |
| November 5-12 | Twenty-two rockets and 9 mortars were fired into Israel. |
| November 4 | Hamas fired 30 Qassam rockets at Israel. |
| October 11 | A single rocket was launched from Gaza into Israel resulting in no injuries or deaths. |
| September 1-30 | In this month, 3 rockets and 2 mortars were fired from Gaza into Israel. They caused no injuries or deaths. |
| August 1-31 | In the month of August 7 rockets and 12 mortars were fired from Gaza into Israel. |

| July 31 | A rocket misfires and lands in Gaza. |
|---------|--------------------------------------|
| July 29 | A rocket is launched from Gaza and mistakenly lands in Gaza. |
| July 25 | A rocket misfires and lands in Gaza. |
| July 15 | A mortar hit is identified. |
| July 13 | Two mortar shells misfire and land in Gaza. |
| July 12 | A rocket lands in an open area in Sha'ar Hanegev regional council. Nobody claims responsibility for the attack. |
| July 10 | Two Qassam rockets were fired at Israel, but caused no damage, |
| July 8 | Two mortar attacks from Gaza were aimed at the Sufa crossing. One fell just inside Gaza and the other at the crossing. Hours later, terrorists fired another shell into Israel, causing no casualties or damage. |
| July 7 | A mortar shell is fired at Israel from Gaza. |
| July 3 | A rocket lands in an open area north of Sderot. A previously unknown organization calling itself the "Badr Forces" claims responsibility for the attack. |
| June 30 | A rocket falls near the town of Mefalsim. Nobody claims responsibility for the attack. |
| June 28 | Mortar shells were fired at the Karni crossing. No one claims responsibility for the attacks. |
| June 27 | Two mortar shells were fired at Israel from the northern Gaza Strip. |
| June 26 | A rocket hit an open area of the industrial zone outside Sderot. There were no reports of injuries or damage. |
| June 24 | Three Qassam rockets fired from Gaza on Tuesday struck the Israeli border town of Sderot and its environs, causing no serious injuries but constituting the first serious breach of a five-day-old truce between Israel and Hamas. |
| June 23 | A single mortar shell was fired from Gaza. |
| June 18 | More than 40 rockets and mortar shells were launched from Gaza towards Sderot. Several hit the town, causing some damage. |
| June 17 | Terrorists launched up to 10 rockets at Israel. |
| June 16 | A Grad-type rocket fired from the Gaza Strip struck an Ashkelon cemetery leaving one person lightly to moderately wounded. Another rocket exploded inside the city. |
| June 12 | At least 40 mortars and 25 Qassams landed in Israel. |

| June 11 | Two mortars landed in Israel. |
| June 10 | Hamas fires 18 mortar shells toward Israel. Another four mortar shells and four Qassam rockets were fired later the same day. |
| June 8 | The Al-Quds Brigades fires four rockets toward southern Israel, lightly injuring a Thai foreign worker. |
| June 6 | A barrage of Kassam rockets slammed into Sderot and the surrounding area. Nine mortar bombs were fired at the western Negev. |
| June 5 | Hamas fired three mortar shells from Gaza which landed in the Nirlat paint factory in Kibutz Nir Oz killing Amnon Ronsenberg, a 52-year-old father of three on Thursday. Five additional Israelis were injured. Hamas' Izz al-Din al-Qassam Brigades claimed responsibility for the firing of the mortar. |
| June 2 | Seven Qassam rockets and four mortars hit the western Negev desert. Five people were hurt, including two Bedouin farmhands, a farmer and two Thai migrant workers. |
| May 31 | Terrorists fired five Qassam rockets from the Gaza Strip. No casualties or damage were reported. A sixth Qassam wounded two migrant workers from Thailand. |
| May 24 | Four rockets fired towards western Negev. Throughout the day barrages of mortar shells were fired from Gaza, most towards IDF forces operating along the border fence. |
| May 19 | A total of 15 rockets were fired into Israel. Hamas, Islamic Jihad, and the Popular Resistance Committees claimed responsibility. A 35-year-old woman was killed and two others wounded. |
| May 18 | Fifteen rockets hit the Sderot area. |
| May 15 | A rocket launched by Gaza terrorists landed on a shopping mall in Ashkelon, injuring more than 30 people. |
| May 14 | A Katyusha rocket was fired into Ashkelon causing several injuries. The Popular Front for the Liberation of Palestine-General Command said its fighters launched the rocket. |
| May 13 | Five Qassam rockets are fired at Israel. |
| May 12 | Shuli Katz, a 70-year-old resident of Kibbutz Gvaram was killed by a Qassam rocket. The Al-Quds Brigades claimed responsibility for the attack. |
| May 11 | The Al-Quds Brigades fired two Qassam rockets at the western Negev. |
| May 10 | Two rockets landed in Ashkelon. |
| May 9 | A 48-year-old, Jimmy Kdoshim, was killed by a mortar shell while working in his garden in Kibbutz Kfar Aza. Hamas claimed responsibility. |

| | |
|---|---|
| May 1 | Terrorists from Gaza fired at least 10 rockets at Sderot and neighboring communities. |
| April 30 | At least two rockets fired by Gaza-based Palestinian forces slammed into the southern Israel town of Sderot while local residents were attending a Holocaust memorial ceremony. |
| April 29 | More than 15 Qassam rockets and 20 mortar shells were fired on Israel. |
| April 22 | One missile fired from northern Gaza hit the southern industrial zone of Ashkelon. |
| April 21 | Terrorists fired at least nine rockets and mortar shells at communities in southern Israel, wounding a four-year-old Israeli boy (light injuries from a piece of shrapnel) and damaging a number of homes. |
| April 18 | Sixteen Qassam rockets were fired at Israel. |
| April 17 | Seventeen rockets were fired at Israel. |
| March 20 | A rocket landed within the Sha'ar Hanegev Regional Council limits during Purim. |
| March 19 | Two rockets were fired at the Sha'ar Hanegev Regional Council. |
| March 13 | A Qassam rocket was shot at Ashkelon from Gaza. The Popular Front for the Liberation of Palestine claimed responsibility. |
| March 1 | About 50 rockets were fired in a span of 12 hours. One Israeli 8 year-old had his leg amputated in a rocket attack. One Israeli civilian was killed in a rocket attack in Sderot. |
| February 28 | A 13-month-old Gaza girl was killed by flying shrapnel when a Qassam missile launched from Gaza at Israel fell short and landed near her home. |
| February 27 | About 50 Qassam rockets were fired towards the Negev, one of which struck a parking lot near Sapir Academic College, killing 47-year-old student Ron Yahye. Hamas, the Popular Resistance Committees and the Palestinian Islamic Jihad carried this rocket barrage. In addition, they fired for the first time six Iranian built Grad missiles at Ashkelon. |
| February 25 | Palestinian terrorists fire five Qassam rockets at Israeli towns. One of which fell near a school in Sderot, 10-year-old Yossi Chymov, was critically injured in the attack. |
| February 6 | Two girls, aged twelve and two, were injured when a Qassam rocket fired from northern Gaza landed near a kindergarten in a kibbutz in the Eshkol Regional Council in the western Negev. Their mother suffered from shock. A house in Sderot was also damaged. The Popular Resistance Committees claimed responsibility for the attack. |
| February 5 | An 8-year-old boy and his older brother were seriously wounded Saturday when a rocket from Gaza slammed into the Israeli border town of Sderot. |

| January 18 - January 28 | There were 30 identified rocket hits from January 18 to January 28 (Hamas claimed responsibility for most) and 83 mortar shell hits. |
| January 15 - January 18 | More than 120 Qassam rockets and 65 mortars were fired towards the Western Negev, in a 72-hour period. |
| January 13 | Eight mortar bombs were fired at Israel. |
| January 10 | At least one Qassam rocket was fired into Israel hitting the Kibbutz Yad Mordechai. |
| January 9 | At least ten Qassam rockets and twelve mortar shells were fired into Israel. Two of the twelve Qassam rockets struck houses in Sderot. |
| January 4 | Eight mortar shells and six Qassam rockets were fired by Palestinians at southern Israel. |
| January 3 | Palestinian terrorists fired a long-range Grad rocket at northern Ashkelon, a a barrage of seven Qassam rockets toward Sderot, and 25 other rockets into the Western Negev. |

## 2007

| January-December | A total of 2,807 rockets and mortars were fired at Israel in 2007. |
| December 31 | A barrage of 14 mortar bombs and one Qassam rocket landed in open areas in the northern and southern Negev. No damage or injuries were sustained. |
| December 20 | Five Qassam rockets struck Israel at open areas near Sderot and Ashkelon. One of the rockets landed in a schoolyard in Sderot, where 12 pupils had to be treated for shock. |
| December 18 | Palestinian groups fired at least 15 Qassam rockets and mortars, causing only some damage. |
| December 16 | Shrapnel from a rocket lightly to moderately wounded a two-year-old boy. His mother was treated for shock. The rocket directly hit a house in Kibbutz Zikim |
| December 13 | Two more Qassams were fired into Israel; they moderately injured a woman in Sderot. |
| December 12 | About 20 Qassams were lobbed into Israel, lightly injuring three Israeli civilians. |
| December 5 | Three Hamas militants were killed overnight while launching mortars at Sderot. One of the mortars hit a residential building, causing a woman shock and a lot of damage. |
| December 3 | Four IDF soldiers were hurt as a mortar shell exploded near their base in Nahal Oz |

| December 2 | A mortar barrage hits a kibbutz, causing some damage. |
| November 26 | Three Qassams landed inside Israeli territory. |
| November 21 | A rocket barrage of five Qassam rockets and 18 mortar shells hit the Western Negev, including several kibbutzim, Sderot and Ashkelon. |
| November 15 | Two members of the Fatah-affiliated Al Aqsa Martyrs Brigades were killed by the IAF while launching Qassams. |
| November 4 | Three Qassams were fired into Israel, causing a blackout. Palestinian Islamic Jihad claimed responsibility. |
| November 1 | Eight mortar shells and 13 Qassam rockets were fired at the Western Negev within an hour. |
| October 31 | Eight mortar shells were fired into Israel, some of them fired from a school yard. |
| October 26 | Seven Qassam rockets were fired into Israel. |
| October 25 | Ten Qassam rockets were launched, causing no injuries nor damage. |
| October 24 | A rocket barrage hit the Western Negev, with five Qassam rockets and several mortar shells. None of the rockets inflicted injuries, although a house was burnt down. |
| October 23 | Eleven Qassam rockets and eight mortar shells hit the Negev. At least five struck Sderot, with one hitting an apartment building. The Salah al-Din Brigades claimed responsibility. |
| October 21-22 | More than 15 Qassam rockets were fired into Israel on October 21 and 22. |
| October 7 | Eight mortar shells, three Qassam rockets and one Katyusha rocket landed inside Israeli territory. |
| September 26 | 12 rockets and 20 mortar shells were firee at Sderot. |
| September 18 | Four Qassams rained down on Israeli Gaza border communities. Nobody claimed responsibility. |
| September 10 | Two Qassam rockets were fired at the Zikim Army base. This resulted in at least 66 wounded, with at least 10 moderately to seriously. 69 soldiers were wounded by the rocket; 60+ of them had only light-to moderate shrapnel wounds, but four of them were injured seriously. One of the four had to have his leg amputated, and another was in a critical condition. Both Islamic Jihad and PRC claimed responsibility. |
| September 3 | Seven Qassam rockets hit in the Negev. One landed in the courtyard of a Sderot day-care center, damaging a building and causing shock to twelve people, including some infants. Islamic Jihad claimed responsibility. |
| August 30 | Three Qassam rockets fired by Palestinian terrorists in the Gaza Strip struck open areas in the western Negev. |

| | |
|---|---|
| August 29 | Four Qassam rockets were fired into Israel. |
| August 28 | A Sderot resident was moderately injured by shrapnel from a Qassam rocket which fell on his house in his bedroom. The Al Aqsa Martyrs Brigades claimed responsibility for the attack. Seven other Qassams were fired, causing some damage and two people suffer shock. |
| August 27 | A Qassam rocket was fired into Israeli territory. |
| August 23 | Eight Qassam rockets hit in the Negev. |
| August 22 | A Qassam rocket landed in Sderot. |
| August 21 | Two Qassam rockets were fired into Israel, one hitting a kindergarten, injuring and shocking some people. |
| August 20 | Six members of the armed wing of Hamas fired Qassams and mortar shells into Israeli territory. |
| August 17 | Three Qassams and 13 mortar shells were fired into Israel by the Palestinian Islamic Jihad. No casualties or damage were reported. |
| August 6 | A rocket launched from northern Gaza landed in a kindergarten schoolyard in Sderot. The Al-Quds Brigades, the military wing of Islamic Jihad, took credit for the attack, which caused damaged to nearby buildings, including two other kindergartens and a public elementary school. |
| August 4 | Three Qassam rockets were fired at Sderot, injuring three people. |
| August 1 | Four Qassam rockets fired into Israel, causing some damage. |
| July 26 | More than 10 mortar shells and Qassam rockets were fired at Israel this week, causing some damage and injuring three. |
| July 19 | Four Qassam rockets struck southern Israel, damaging several buildings and causing five people to suffer from shock. |
| July 12 | Islamic Jihad fired a Qassam rocket to Sderot. Nobody was injured. |
| July 10 | Eleven mortar shells were fired into Israeli territory in three separate barrages. Two buildings contained damage, but there were no casualties. Palestinian Islamic Jihad claimed responsibility. |
| July 9 | Three Qassams were fired into Israel, causing damage but no injuries. Palestinian Islamic Jihad claimed responsibility. |
| July 8 | Five Qassam rockets were fired into Israel. Four landed in open areas, but one landed near a college in Sderot. Nobody was injured. Islamic Jihad claimed responsibility. Five Qassam rockets struck the Western Negev with three striking near Sapir College. The attack did not result in any reported casualties and caused damage to a building undergoing construction. The Izz ad-Din al-Qassam Brigades claimed responsibility for the attack. |

| July 5 | Three mortars shells and two Qassam rockets were fired into Israel, causing no damage or injures. Hamas and Islamic Jihad both claimed responsibility. |
| --- | --- |
| June 20 | Nine Qassam rockets struck the western Negev injuring three with shrapnel and causing shock in at least seven reported cases. In Sderot, rockets damaged two homes and a synagogue. Two of the rockets struck near Kibbutz Nir Am, injuring no one but causing a power outage in the area by damaging a high-tension wire. Islamic Jihad claimed responsibility for four of the rockets. |
| June 18 | A Qassam rocket fired from Gaza struck a factory, containing hazardous materials, in Sderot. The attack resulted in a leak of gaseous caustic soda and prompted the response of police, fire-fighting forces, and teams specialized in dealing with hazardous materials who sealed the leak and removed the poisonous materials. |
| June 6 | Hamas fired eight mortar shells at the Erez Crossing, damaging the site, and causing a fire on the Gaza side of the border. |
| June 5 | Two Qassam rockets were fired towards Israel from the Gaza Strip. One landed near Sderot and one landed inside the Gaza Strip; neither caused injuries. |
| June 3 | Four IDF soldiers were injured, one moderately and three lightly, near the Erez crossing in the northern Gaza Strip. They were hurt after three mortar rounds hit their location. Hamas claimed responsibility. Two other mortar shells landed in other areas of the Gaza Strip. |
| June 1 | Four Qassam rockets were fired towards Israel from the Gaza Strip. Two of the rockets landed near a Negev kibbutz, causing some damage to a garage. Another rocket hit a kibbutz south of Ashkelon and caused serious damage to a warehouse. The fourth rocket landed in the Gaza Strip. |
| May 31 | Three Qassam rockets were fired into Israel, but caused no injuries. |
| May 30 | Six Qassam rockets were fired from the Gaza Strip hit western Negev. One rocket hit a power line and an apartment building in Sderot. |
| May 29 | Seventeen Qassams hit the Negev, three landed in Sderot. The Popular Resistance Committees and the Democratic Front for the Liberation of Palestine claimed responsibility for the attacks. |
| May 28 | Seven rockets struck Sderot in southern Israel, but no injuries were reported. |
| May 27 | Two Qassam rockets landed in Sderot, Israel. Oshri Oz, 36, was killed when a Qassam rocket struck near his car. One other man was wounded and other residents suffered from shock. Another Qassam rocket later hit Sderot injuring one Israeli civilian. |
| May 26 | Five Qassam rockets were fired at Israel from the Gaza Strip, though no people were injured. |
| May 25 | A mortar landed near the Erez Crossing. No injuries were reported, but the structure was somewhat damaged. |

| May 23 | Terrorists fired eight rockets at southern Israel, but no injuries were reported. A total of nine Qassam rocket were fired toward the western Negev. |
| May 22 | Hamas fired ten rockets into Israel. |
| May 21 | A first round of five rockets were fired towards Sderot, one striking the city, two landing south of Ashkelon, and two striking the western Negev. A Qassam rocket that struck Sderot killed an Israeli woman. A second round of three rockets was later fired towards Israel, which landed near a kibbutz in the western Negev. A third series launched two more rockets towards Israel. No injuries were reported from these attacks. |
| May 20 | Ten rockets were fired from Gaza with four landing in southern Israel, but no injuries were reported. |
| May 18 | In a Qassam rocket attack on Sderot three people were injured. Twenty rockets were fired at a kibbutz in Sderot. |
| May 17 | Two people in Sderot were slightly injured by one of the ten rockets that landed on Israeli territory. |
| May 16 | Thirty Qassam rockets were fired at the Western Negev, leaving two residents of Sderot injured. Ten others suffered from shock. |
| March 18 | Al-Quds Brigades fired five Qassam rockets from the Gaza Strip to Israel. |

## 2006

| November 21 | A Qassam rocket struck a factory and hit 43-year-old Yaakov Yaakobov, fatally wounding him. |
| November 15 | Twelve rockets in four separate attacks hit Sderot, killing Faina Slutzker, 57, and seriously wounding two others. One of the wounded, Maor Peretz, a security guard, lost both legs in the attack. |
| September 20 | Two teenage Israeli Arab shepherds were moderately wounded by two Qassam rockets fired from Gaza. |
| July 27 | A Qassam rocket landed next to a kindergarten in a community south of Ashkelon. Two children were lightly wounded and eight more people suffered shock. Additionally, the kindergarten building was damaged. |
| July 9 | An Israeli civilian was moderately wounded as a Qassam rocket struck his private car in Sderot. Another rocket directly hit a house in Sderot, causing severe damage but no casualties.[ |
| July 7 | Three Israeli civilians were wounded when a Qassam rocket landed in a basketball court in Sderot. |
| July 6 | Ten Qassam rockets were launched at Israeli towns from the northern Gaza Strip, inflicting damage but no casualties. |

| July 4 | A Qassam rocket hit a high school in Ashkelon. |
| June 11 | Three people were wounded, one critically when a Qassam landed near the Sapir Academic College near Sderot. Fourteen Qassams were fired throughout the day. |
| June 9 | Rockets were fired at Israel. |
| June 8 | Two rockets landed in Sderot and two in nearby Moshav Netiv Ha'asara. |
| June | Terrorists fired more than 83 rockets in June. |
| May | Terrorists fired 46 rockets in May. |
| April | Terrorists fired 64 rockets in April. |
| March 30 | Two Qassam rockets landed in kibbutz Karmia. |
| March 28 | Islamic Jihad fired a 122 mm Katyusha rocket from the Gaza Strip into Israel. |
| March | Terrorists fired 49 rockets in March. |
| February 3 | A Qassam rocket struck a family's house in the western Negev village of Karmia, moderately injuring four people, including a 7-month-old baby. |

## 2005

| January-December | Palestinians fired 574 mortar shells and 286 Qassam rockets, killing 6 Israelis and wounding 68. |
| December 26 | A Qassam rocket landed near a kindergarten during a Hanukkah party at Kibbutz Sa'ad. |
| December 14 | Jitladda Tap-arsa, 20, a female Thai national, was killed by a mortar while working in a greenhouse in the Gush Katif settlement of Ganei Tal |
| December 11 | A rocket fired from Jenin in the West Bank landed near Ram-On. It was the first Palestinian rocket attack from the West Bank. |
| September 24 | Five Israelis were injured when Palestinian terrorists launched about 30 rockets on Israeli communities from the Gaza Strip. |
| September 12 | Several hours after Israel withdraws the last of its troops from the Gaza Strip two Qassam rockets are fired by terrorists that landed near Sderot and Kibbutz Yad Mordechai. |
| August 25 | Two Qassam rockets landed near Sderot. |
| July 14 | Dana Galkowicz, 22, was killed in a Qassam attack on Kibbutz Netiv Ha'asara |
| June 7 | Two Palestinian workers, Salah Ayash Imran, 57, Muhammed Mahmoud Jaroun, and a foreign worker Bi Shude, 46, were killed, and five other workers |

| | were wounded, when a Qassam rocket fired by PIJ hit a packing shed in Ganei Tal. |
|---|---|
| February 9 | A barrage of 25 to 50 Qassam rockets and mortar shells hit Neve Dekalim. |
| January 15 | A Qassam rocket attack on Sderot left Ayala Abukasis, 17, brain dead. Ayala was struck while attempting to shield her 11-year-old brother, who suffered minor injuries. She died on January 21. |
| January 5 | Nissim Arbiv, 26, of Nissanit, was severely injured by a mortar shell in the Erez industrial zone. He died from his injuries ten days later. |

## 2004

| January-December | Palestinians fired 882 mortar shells and 276 Qassam rockets, causing 8 deaths and wounding 99. |
|---|---|
| October 28 | Israeli army Sgt. Michael Chizik, 21, of Tiberias, was killed when a mortar shell landed in the settlement of Morag. |
| September 29 | On the eve of Sukko, two infants were killed by a Qassam rocket (one of three) fired into Sderot. |
| September 24 | Tiferet Tratner, 24, of Neve Dekalim, was killed in her home by a mortar. |
| June 28 | Mordechai Yosepov, 49, and Afik Zahavi, 4, were killed when a Qassam rocket struck near a nursery school in Sderot. |

## 2003

| January-December | At least 123 rockets and 514 mortars were fired at Israel, causing 44 injuries. |
|---|---|

## 2002

| January-December | In 2002, 17 rockets  and 455 mortar shells were fired at Israel, injuring 10 Israelis. |
|---|---|
| February 10 | A Qassam rocket landed in a field near Kibbutz Sa'ad. |

## 2001

| July 31 | Palestinians fired rwo mortar shells at Netzarim and at least one mortar at Rafiah Yam. In the evening, Palestinians fired two mortar shells at Atzmona. There were no injuries. |
|---|---|
| July 30 | Palestinians fired a mortar shell at Kfar Darom, wounding a 9-year-old girl. |

| July 27 | Palestinians fired mortar shells at Gadid. |
|---------|---------|
| July 18 | Palestinians fired two mortar shells at Kibbutz Nahal Oz. |
| July 17 | Palestinians fired two mortar shells at Morag and Netzer Hazani. Palestinians in Beit Jalla in the West Bank fired two mortar shells at the Gilo neighborhood of East Jerusalem. This was the first attack of its type in the area, though numerous shooting attacks from Beit Jalla had taken place previously. |
| July 10 | Palestinians fired a mortar shell on an unspecified farming community in Israel. There were no injuries. |
| July 6 | Palestinians fired a mortar shell toward Gadid. |
| July 4 | Palestinians fired a mortar shell on an unspecified settlement. |
| June 29 | Palestinians fired a mortar shell at Netzarim. |
| June 21 | Palestinians fired a 120mm mortar shell at an unspecified village in Israel, breaking car windows. It was the first time that this large shell type had been used. |
| June 19 | Palestinians fired five mortar shells at Moshav Katif. There were no injuries. |
| June 18 | After nightfall, Palestinians fired four mortar shells at the Neve Dekalim industrial area. |
| June 14 | With the ceasefire still in effect, Palestinians fired five mortar shells at Morag after nightfall. Fatah claimed responsibility. |
| June 13 | Several hours after a ceasefire went into effect, Palestinians fired a mortar shell at Atzmona. |
| June 12 | Palestinians fired three mortar shells at Morag. There were no injuries. |
| June 10 | Palestinians fired eight mortar shells at two unspecified Gaza Strip settlements. |

| June 8 | Palestinians fired two mortar shells on Atzmona and Rafiah Yam. There were no injuries or damage. Israel responded by firing two anti-tank shells on a Palestinian Force 17 position. |
| June 7 | Palestinians fired four mortar shells at Ganei Tal. There were no injuries. |
| June 3 | Palestinians fired two mortar shells toward Kfar Darom. There were no injuries. |
| June 1 | Palestinians fired four mortar shells that exploded near greenhouses in the Israeli settlement of Slav in the Gaza Strip. |
| May 30 | Palestinians fired two mortar shells at Rafiah Yam. |
| May 26 | Palestinians in Khan Yunis fired a mortar shell into Neve Dekalim. |
| May 24 | Palestinians fired two mortar shells on Netzarim. There were no injuries. |
| May 22 | Palestinians fired three mortar shells into Israel, all of which exploded in open areas. No injuries or damage were reported. |
| May 19 | Palestinians fired seven mortar shells at Gadid. |
| May 18 | Palestinians fired a mortar shell at Gadid, which exploded among the community's greenhouses. |
| May 17 | Palestinians fired three mortar shells at two Jewish communities. One landed inside Israel, near Nir Am, and another landed at the entrance to Netzarim. In the evening, a third shell exploded in the backyard of a family home in Netzer Hazani, damaging the house. The family was not in the home at the time because they were visiting their son, who was wounded in the April 28 youth club shelling. Islamic Jihad claimed responsibility for the attacks on Nir Am and Netzer Hazani. |
| May 15 | Hamas fired mortars at Kfar Aza and later fired a mortar shell f that hit the roof of a house in Kfar Darom, causing damage but no injuries. Two other mortars landed near Kibbutz Nir Am. |
| May 11 | Palestinians fired six mortar shells at unspecified Israeli settlements and towns. |
| May 9 | Palestinians fired two mortar shells on Nisanit. |
| May 7 | Palestinians fired four mortar shells on Kfar Aza. No injuries or damage were reported. |
| May 6 | Palestinians fired a mortar shell at Netzarim. |
| May 4 | Palestinians fired two mortar shells on Kfar Aza. |
| April 30 | Palestinians fired two mortars at Gadid. |
| April 28 | Palestinians fired five mortars at the village of Netzer Hazani in the Gaza Strip, hitting a recreation center and wounding six civilian youths, one seriously. A previously unknown group called The Four Martyrs, which claimed affiliation with Fatah, took |

55

|  | responsibility for the attack. Fatah itself disavowed the attack and denied knowledge of the group. |
|---|---|
| April 24 | Palestinians fired three mortar shells at the town of Gadid in the Gaza Strip. There were no injuries but a hothouse was damaged. |
| April 19 | Palestinians fired two mortar shells which landed between Atzmona and Morag. There were no injuries. Israel did not respond to the attack. |
| April 18 | Hamas fired mortars at Nisanit. Later, Palestinians fired five additional mortars at the village of Nir Am in Israel and at Kfar Darom. |
| April 17 | Palestinians fired six mortar shells at Neve Dekalim. |
| April 16 | Hamas fired four mortar shells on the city of Sderot, causing no injuries or damage. |
| April 15 | Palestinians fired four mortar shells at the towns of Netzer Hazani and Katif in the Gaza Strip, causing no injuries. |
| April 11 | In the evening of the fourth day of Passover, Palestinians fired mortars shells at the towns of Nisanit and Kfar Darom in the Gaza Strip and at Kibbutz Netiv HaAsara in Israel. |
| April 10 | On the third day of Passover, Palestinians fired two mortar shells at the town of Katif in the Gaza Strip, causing no injuries. Later, Palestinians fired additional mortars at Nisanit. |
| April 9 | In the afternoon of the second day of Passover, Palestinians fired a mortar shell at Atzmona. A school in the community was damaged, but there were no injuries. |
| April 8 | Late in the first day of Passover, Palestinians fired five mortar shells at Nahal Oz and an adjacent IDF post. |
| April 7 | On the eve of Passover, Palestinians fired a mortar shell at Elei Sinai. There were no injuries. |
| April 6 | Palestinians fired mortars on three unspecified Israeli settlements and one communal farm in Israel. There were no injuries. |
| April 3 | Palestinians fired three mortar shells into the village of Atzmona in the Gaza Strip. The shrapnel from one of the mortars sprayed a 10-month-old baby and his mother, critically wounding the baby and lightly wounding the mother. A group calling itself "Hezbollah-Palestine" claimed responsibility. |
| March 26 | Palestinians fired three mortar shells at Morag. No injuries were reported. |
| March 21 | Palestinian Authority Force 17 terrorists fired two mortar shells at the town of Morag in the Gaza Strip and three mortar shells at Netzarim. |
| March 18 | Palestinians fired three mortar shells from the Gaza Strip at the Israeli farming community of Nahal Oz, wounding a soldier. This was the first Palestinian rocket attack on Israel proper in the Second Intifada. |
| March 17 | Palestinians fired an anti-tank missile at the Neve Dekalim industrial zone in the Gaza |

| | Strip. |
|---|---|
| March 8 | Palestinians fired two mortar shells at Netzarim. There were no injuries. |
| March 4 | Palestinians fired what appeared to be mortar shells at Netzarim. No injuries were reported. |
| February 22 | Palestinians fired four mortar shells at the towns of Dugit and Elei Sinai in the Gaza Strip. |
| February 15 | Palestinians fired two mortar shells at Netzarim. No injuries were reported. |
| February 10 | Palestinians fired a mortar shell at a house in the town of Netzarim. There were no injuries. |
| January 30 | Palestinians fired a mortar shell at a house in Netzarim in the Gaza Strip. This was the first time Palestinians had used a ballistic weapon against a Jewish settlement. The shell penetrated the house's roof but was stopped by a concrete ceiling. The family members living in the house were on the ground floor at the time, and there were no injuries. |

**Sources:** Israel Ministry of Foreign Affairs.
Meir Amit Intelligence and Information Center.
Israel Defense Forces Blog.
*Times of Israel* (October 16, 2012); (November 14, 2012); (February 24, 2020).
"List of Palestinian rocket attacks on Israel in 2001," Wikipedia.
"List of Palestinian rocket attacks on Israel in 2007," Wikipedia.
"List of Palestinian rocket attacks on Israel in 2008," Wikipedia.
"List of Palestinian rocket attacks on Israel," Wikipedia.
News sources.