**Germany**
Federal Republic of Germany

Hague/Inter-American

**Party to Hague Service Convention?**
Yes

**Party to Hague Evidence Convention?**
Yes

**Party to Hague Apostille Convention?**
Yes

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**
No

DISCLAIMER

DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.

ALL +/−

Embassies and Consulates

List of Attorneys

Helpful Links

Service of Process ⊕

Criminal Matters ⊕

Obtaining Evidence in Civil and Commercial Matters ⊕

Taking Voluntary Depositions of Willing Witnesses ⊕

Authentication of Documents ⊕

Last Updated: November 15, 2013

## Qatar
State of Qatar

### Hague/Inter-American

**Party to Hague Service Convention?**
No

**Party to Hague Evidence Convention?**
No

**Party to Hague Apostille Convention?**
No

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**

### DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL +/−

### Embassies and Consulates

Last Updated: March 30, 2018

## Switzerland
Swiss Confederation

### Hague/Inter-American

**Party to Hague Service Convention?**
Yes

**Party to Hague Evidence Convention?**
Yes

**Party to Hague Apostille Convention?**
Yes

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**
No

### DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL +/−

### Embassies and Consulates ⊕

### List of Attorneys ⊕

### Helpful Links ⊕

Service of Process ⊕

Criminal Matters ⊕

Obtaining Evidence in Civil and Commercial Matters ⊕

Taking Voluntary Depositions of Willing Witnesses ⊕

Authentication of Documents ⊕

Last Updated: November 15, 2013