

# CIVIL AND COMMERCIAL PROCEDURE LAW - Law No. 13 of 1990

## Article 11

**Starting Date**: 15/10/1990

Without prejudice to the aforementioned Articles, the court may serve the summons on any person who has a known address inside or outside the State. The summons may be delivered to a person in his workplace by registered mail or any other appropriate means.

© 2017 حكومة دولة قطر. جميع الحقوق محفوظة.

Please do not consider the material presented above Official