# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 732-895-6870 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: TCaroccia@fbrllp.com

April 1, 2022

**Via Electronic Mail**

DLA Piper LLP (US)
Jessica.Masella@dlapiper.com
John.Hillebrecht@dlapiper.com
Kevin.Walsh@dlapiper.com
Michael.Lewis@dlapiper.com

Ropes & Gray LLP
Brittany.Norfleet@ropesgray.com
Douglas.Hallward-Driemeier@ropesgray.com
Mary.Brust@ropesgray.com
Michael.McGovern@ropesgray.com

Pillsbury Winthrop Shaw Pittman LLP
Aryeh.Kaplan@pillsburylaw.com
Carolina.Fornos@pillsburylaw.com
Markenzy.Lapointe@pillsburylaw.com

**Re:** *Przewozman, et al. v. Qatar Charity, et al.,* No. 1:20-cv-NGG-RLM

Dear Counsel:

    We represent the Plaintiffs in the above-captioned action. Pursuant to Rule V.B.1 of Judge Garaufis's Individual Rules, and your written consent to accept service via electronic means, we transmit herewith the following documents in opposition to Defendants' motions to dismiss:

(1) Plaintiffs' Omnibus Memorandum of Law in Opposition to Motions to Dismiss of Defendants Qatar Charity, Qatar National Bank and Masraf Al Rayan dated April 1, 2022;

(2) Declaration of James P. Bonner in Opposition to Defendants' Motions to Dismiss executed on April 1, 2022 with Exhibits 1-13; and

(3) Declaration of Patrick J. McArdle executed on March 25, 2022 with Exhibit 1.

                                                  Very truly yours,

                                                  */s/ Thomas M. Caroccia*

Enclosures