

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

April 20, 2022

**BY EMAIL**

James P. Bonner
Patrick L. Rocco
Susan M. Davies
Thomas M. Caroccia
Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601

Re: *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088 (NGG) (RLM)

Counsel:

We represent Masraf Al Rayan in the above-referenced matter. Pursuant to Rule V.B.1 of the Individual Rules of Judge Nicholas G. Garaufis, enclosed with this letter please find the following materials related to Masraf Al Rayan's Motion to Dismiss:

Reply Brief in Further Support of Defendant Masraf Al Rayan's Motion to Dismiss the Complaint.

Thank you for your attention to this matter.

Sincerely,

*/s/ Carolina A. Fornos*

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

Encl.

cc: All counsel

www.pillsburylaw.com

4876-4040-9629