

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

April 20, 2022

**BY ECF**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088 (NGG) (RLM)
      **Request for Oral Argument**

Dear Judge Garaufis:

Counsel for Masraf Al Rayan ("MAR") in the above-referenced matter writes pursuant to Rule V(D) of Your Honor's Individual Rules to respectfully request oral argument on MAR's Motion to Dismiss the Complaint, which was filed today.  Plaintiffs join in the request for oral argument.

                Respectfully submitted,

                /s/ Carolina A. Fornos

                Carolina A. Fornos
                Aryeh L. Kaplan (*pro hac vice*)
                Markenzy Lapointe (*pro hac vice*)
                *Counsel for Defendant Masraf Al Rayan*

cc: All counsel of record (by ECF)