IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, HADASSAH PRZEWOZMAN, individually, as the personal representative of the Estate of Pinches Menachem Przewozman, and as parent and natural guardian of Y.P., a minor, and P.P., a minor, CHAYA RACHEL PRZEWOZMAN, individually, and as parent and natural guardian of A.M.P., a minor, and F.P., a minor, SARA PRZEWOZMAN-ROZENBAUM, YAFA PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>*Defendants*. | Case No. 20-cv-6088 (NGG)<br><br>Oral Argument Requested |

## QATAR NATIONAL BANK'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 12 of the Federal Rules of Civil Procedure, and upon Qatar National Bank's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint, Defendant Qatar National Bank Q.P.S.C. ("QNB") hereby moves this Court for an order dismissing the Complaint, and for such other and further relief as this Court may deem just and proper. QNB will appear before the Honorable Nicholas G. Garaufis, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order entered by the Court on February 7, 2022, Plaintiffs shall serve their opposition on QNB by April 1, 2022, and QNB shall serve its reply on Plaintiffs by April 15, 2022.

1

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted,<br><br>*/s/ Michael G. McGovern*<br>Michael G. McGovern<br>Douglas Hallward-Driemeier (*pro hac vice*)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>michael.mcgovern@ropesgray.com<br>douglas.hallward-driemeier@ropesgray.com<br><br>*Counsel for Defendant Qatar National Bank (Q.P.S.C.)* |