# Rocket & Mortar Attacks Against Israel by Date
### (2001 - Present)




2001 - 2002 - 2003 - 2004 - 2005 - 2006 - 2007 - 2008 - 2009 - 2010
2011 - 2012 - 2013 - 2014 - 2015 - 2016 - 2018 - 2019 - 2020 - 2021

## 2021

| September 11 | 1 Rocket | **One** rocket fired from Gaza was intercepted by Iron Dome. |
|---|---|---|
| September 10 | 1 Rocket | **One** rocket fired from Gaza was intercepted by Iron Dome. |
| August 16 | 1 Rocket | **One** rocket fired from Gaza was intercepted by Iron Dome. |
| May 10-20 | 4,369 Rockets | More than **4,369** rockets were launched toward Sderot, Ashkelon, Ashdod, Jerusalem and neighboring communities. Ten Israelis were killed. More than 90 percent of projectiles heading toward populated areas were intercepted by Iron Dome. Roughly a third of the rockets landed inside the Gaza Strip. Most of the others landed in open fields. |
| May 9 | 6 Rockets | **Six** rockets were fired from Gaza. Two were intercepted by the Iron Dome, two fell in open areas and two landed in the Gaza Strip. |
| April 25 | 5 Rockets | **Five** rockets were fired from Gaza. Iron Dome anti-missile defence system intercepted two rockets and the others fell either in uninhabited areas or inside the Gaza Strip. |
| April 24 | 2 | **Two** rockets fired from Gaza. One was intercepted by Iron Dome, |

1

| | Rockets | the other fell in an open area near the border fence. |
|---|---|---|
| **April 23** | 36 Rockets | **Thirty-Six** rockets fired from Gaza; six intercepted by Iron Dome. |
| **April 15** | 1 Rocket | **One** rocket fired from Gaza. |
| **January 20** | 1 Rocket | **One** rocket fired from Gaza |
| **January 18** | 2 Rockets | **Two** rockets landed harmlessly in open areas near Ashdod. |

## 2020

| | | |
|---|---|---|
| **December 26** | 2 Rockets | **Two** rockets were intercepted over Ashkelon. |
| **November 21** | 1 Rocket | **One** rocket was fired toward Ashkelon. |
| **November 14** | 2 Rockets | **Two** rockets were fired toward Ashdod and Kibbutz Palmachim. There were no reports of damage or injuries. |
| **October 22** | 2 Rockets | **Two** rockets were fired toward Ashkelon. One rocket fell in an open field, while the second was intercepted by the Iron Dome system. |
| **October 16** | 1 Rocket | Palestinian terrorists in the Gaza Strip fired **1** rocket into Israel which apparently exploded in an open field. |
| **September 15** | 13 Rockets | The Iron Dome missile defense system intercepted eight of **13** rockets. At least two people were injured and several cars damaged by shrapnel near a mall in Ashdod. Six pedestrians also were injured as panicked shoppers ran for shelters. |
| **August 21** | 12 Rockets | At least **12** rockets were fired from the Gaza Strip into Israel. One landed near a house in Sderot on Friday, causing extensive damage. |
| **August 16** | 2 Rockets | **Two** rockets were  intercepted by air defense batteries. The municipality of Sderot said that one house had been hit by shrapnel. An Israeli man of 58 was lightly injured by broken glass and a house near Sderot had taken a direct hit from a rocket. Only property was damaged. |
| **August 2** | 1 Rocket | **One** rocket fired from Gaza was intercepted by Iron Dome. |
| **July 5** | 3 Rockets | **Two** rockets hit open terrain in southern Israel, and no casualties or damage were reported. A **third** was intercepted by Israeli air defense. |

| June 26 | 2 Rockets | **Two rockets** were fired from Gaza that caused no injuries or damage. |
| June 15 | 1 Rocket | **One rocket** was fired into southern Israel, striking an empty field, causing no injuries or damage. |
| May 5 | 1 Rocket | **One rocket** was fired from Gaza at Israeli communities near the border for the first time in over 40 days. |
| Feb 23-24 | 90 Rockets | Over the course of Sunday and Monday, some **90 rockets** were fired at Israel from the Gaza Strip — most of them by the Palestinian Islamic Jihad terror group — and approximately 90 percent of those heading toward populated areas were intercepted by the Iron Dome system**.** |

## 2019

| November 12 | 190 Rockets | Palestinian Islamic Jihad (PIJ) fired 1**90 rocket**s into Israel from the Gaza Strip. |
| May 5 | 200 Rockets | A barrage of **200 rockets** were fired at Israel from Gaza. Two people were killed when rockets fhit a factory in Ashkelon**.** |
| May 4 | 250 Rockets | A barrage of **250 rockets** were fired at Israel from Gaza, killing an Israeli man in Ashkelon. |
| March 25 | 1 Rocket | **One rocket** was launched from Gaza and hit a house in Mishmeret injuring seven people. |
| March 14 | 2 Rockets | **Two rockets** were launched from the Gaza Strip towards Tel Aviv. One rocket was intercepted by the Iron Dome**.** |

## 2018

| November 12 | 1 Mortar | **A mortar** fired from Gaza hit an Israeli bus, critically wounding a 19-year-old man. |
| November 11 | 17 Rockets | **Seventeen rockets** were fired at Israel, of which 3 were intercepted. |
| August 8 | 8 Rockets | **Eight rockets** were fired at Israel, 2 were intercepted, 4 impacted open areas, and 2 landed in Sderot causing damage and 2 injuries. |
| July 26 | 11 Rockets | **Nine rockets** were fired from Gaza into Israeli territory over the course of two days from July 25-26, 2018.  All missiles landed in open areas near the border fence and no injuries were reported. A number of Hamas positions in Gaza were struck by Israel in retaliation, killing three |

| | | members of the terror group. Additionally, **two rockets** fired by ISIS militants in Syria landed in the Sea of Galilee. |
|---|---|---|
| **July 14** | 174 Rockets/Mortars | A barrage of **174 rockets and mortars** were fired from Gaza towards Israel on July 14, 2018.  The Israeli Iron Dome Missile Defense system only intercepted forty of the projectiles.  Three Israelis were wounded after a rocket struck their house in Sderot.  The Israelis carried out airstrikes on over forty Hamas military installations in retalliation. |
| **June 26** | 13 Rockets | **Thirteen rockets** were fired from the Gaza Strip towards Israel on the night of June 26 and early morning of June 27.  Three of these rockets were intercepted by the Iron Dome system.  This rocket fire was in retaliation to the attempted assassination of a Hamas militant; the Israeli military blew up his car, but he was not inside of it at the time. |
| **June 20** | 45 Rockets | **Forty-five rockets** were fired by terror groups in Gaza towards Israel during the middle of the night on June 20, 2018.  Seven of the rockets were intercepted by the Iron Dome system, with other rockets landing in unpopulated areas and three striking near community centers and schools. No injuries were reported, but most Israelis in border communities spent the night in bomb shelters.  In response, the Israeli Air Force struck 25 Hamas targets in Gaza. |
| **June 3** | 3 Rockets | **Three rockets** were fired into Israel from Gaza |
| **May 29** | 70 Mortars/Rockets | **Seventy mortars and rockets** were fired in two volleys from the Gaza Strip towards Israeli territory on May 29, 2018, following weeks of Palestinian protests at the Israeli border.  Most projectiles were intercepted by the Iron Dome, but some made it through.  One missile exploded in the yard of an Israeli kindergarten.  Five Israelis were wounded in the barage, most by mortar shrapnel.  The Israeli military hit back forcefully, striking approximately 30 Hamas military installations.  This was the single largest attack by Gaza terrorists on Israel since the 2014 Gaza war. |
| **February 18** | 1 Rocket | **One rocket** was fired from Gaza at Israel. It landed in an open area. |
| **February 17** | Multiple | **Multiple rockets** were fired from Gaza at Israel. One landed on a house in Sha'ar HaNegev Regional Council. |
| **February 1** | 1 Rocket | **One rocket** was fired from the Gaza Strip around 11:30 p.m. on February 1, causing no damage or injuries. |
| **January 15** | 1 Rocket | **One rocket** fired from within the Gaza Strip towards Israel landed in Gaza, striking a home and injuring three |

| | | residents. |
|---|---|---|
| **January 4** | 3 Rockets | **Three rockets** were fired towards Israel from the Gaza Strip, all landed in Israeli border communities in open fields, no injuries reported.  In retaltaion the Israeli Air Force struck "central terrorist infrastructure" tragets within Gaza. |
| **January 1** | 4 Rockets | **Four rockets** were fired from Gaza, all landed in open areas. |

## **2017**

| | | |
|---|---|---|
| **December 29** | 2 Rockets | The Iron Dome intercepted **two rockets** fired towards Israel from within Gaza. |
| **December 17** | 2 Rockets | **Two rockets** were fired from within the Gaza Strip, with one landing near the border on the Israeli side and damaging a home, and the other landing in a field.  Although a home and a car were damaged, no individuals were injured in the attack. |
| **December 15** | 1 Rocket | **A rocket** fired from Gaza towards Israel fell short and landed on the home of top Hamas official spokesman Mushir al-Masri's brother. |
| **December 11** | 2 Rockets | **Two rockets** were fired separately from within Gaza towards Israel, one was intercepted over Ashkelon by an Iron Dome missile and the other landed in Eshkol.  No injuries were reported. |
| **November 30** | 10-12 Mortars | Approximately **ten to twelve mortars** were fired into Israel by Palestinian Islamic Jihad on the night of November 30, 2017.  No injuries were reported.  Soon after, the IDF responded with tank and artillery fire on four Hamas positions near Beit Hanoun and two Hamas targets in central Gaza. |
| **October 8** | 1 Rocket | **One rocket** was fired towards Israel from the Gaza Strip, but it landed within the Strip.  No damage or injuries were reported.  The IDF destroyed a Hamas watch-tower station in Southern Gaza in retaliation. |
| **August 8** | 1 Rocket | **One rocket** was fired from the Gaza Strip, landing in Israel and causing no injuries.  The IDF responded by striking a Hamas facility, even though no militant group in Gaza claimed responsibility for the attack. |
| **June 26** | 2 Rockets | **Two rockets** were fired from the Gaza Strip into Israel, landing in an open area near the Shaar HaNegev Regional Council and causing no injuries.  In retaliation, the Israeli Air Force attacked and destroyed two Hamas outposts in Gaza City and Rafah. |
| **June 25** | 3+ mortars | **Several mortars** hit Israel for the second day in a row, prompting the IDF to respond by striking two Syrian artillery positions and a |

| | | Syrian regime ammunitions truck. |
|---|---|---|
| **June 24** | 10 mortars | **Ten mortar shells** launched from Syria landed in the Golan Heights, no injuries were reported.  The IDF announced the strikes were likely accidental spillover fire from fights between rebels and Syrian forces on the other side of the border, but retaliated anyway in a strike that killed two Syrian soldiers. |
| **May 22** | 1 rocket | **One rocket** was fired from the Sinai Peninsula into Israel on the second day of U.S. President Donald Trump's visit to the country.  A siren was not sounded because the rocket was headed towards an open area, and eventually landed without causing any damage or casualties. |
| **April 12** | 1 rocket | **One rocket** was fired into Israel from the Sinai, and hit a greenhouse in a community on the Egypt-Israel border.  The rocket was fired by Islamic-State affiliated militants, and caused no injuries. |
| **February 27** | 1 rocket | **One rocket** was fired into Israel from the Gaza Strip, and hit an empty area in Southern Israel.  The Israeli military responded by striking five Hamas positions in the Strip, seriously injuring four Hamas militants. |
| **February 20** | 2 rockets | **Two rockets** were fired into Israel from the Egyptian Sinai Peninsula, striking open fields in the Eshkol region of Israel and causing no injuries. |
| **February 8** | 4 rockets | **Four rockets** were fired into Israel from Sinai, three were intercepted by the Iron Dome and one struck land in an empty field. The Islamic State affiliate in the Sinai claimed responsibility for the rockets. |
| **February 6** | 1 rocket | **One rocket** was fired from within the Gaza Strip, landing in the Hof Ashkelon area.  No injuries were reported, in retaliation IDF tanks and aircraft struck and destroyed six Hamas positions in the Gaza Strip. |

## 2016

| | | |
|---|---|---|
| **October 5** | 1 rocket | **One rocket** fired from within the Gaza Strip landed on a street in the Southern Israeli town of Sderot. The Iron Dome Missile |

| | | |
|---|---|---|
| | | Defense System failed to engage the rocket, but luckily nobody was injured in the strike. Air strikes were carried out on Hamas targets in Gaza in retaliation for the rocket attack. |
| **September 17** | 2 mortars | **Two mortar** shells were errantly fired over the Israeli border from Syria. These mortars were brought down by the Iron Dome missile defense system, which had never before intercepted stray mortar rounds from Syria. |
| **September 12** | 1 mortar | **One mortar** shell was fired from Syria, and landed in the Golan Heights. No injuries were reported, and the Israeli military responded by striking Syrian military installations. |
| **September 10** | 1 rocket | **One rocket** was fired from Syria, landing in the Golan Heights and not causing any injuries. The fire was attributed to spillover from the Syrian civil war, and in response the Israeli Air Force struck Syrian military targets. |
| **August 21** | 1 rocket | **One rocket** was fired from Gaza and landed near Sderot and Sha'ar Hanegev, the rocket was found between two houses in Sderot. No injuries were reported. Hamas military installations were struck the next day and night by Israeli fire in multiple unusually heavy retaliatory strikes. |
| **May 25** | 1 rocket | **One rocket** was fired from Gaza into Israeli territory by the small Salafi jihadist group Ajnad Beit al-Maqdis. The rocket landed in an open Israeli field, and no injuries were reported. The IAF carried out strikes against Hamas positions in Southern Gaza in retaliation. |
| **May 3-8** | Multiple mortars, 1 rocket | Many **mortar rounds** were fired at Israeli forces engaged in "operational activities" near the security fence in the Southern Gaza Strip during the first week of May 2016. These mortars were meant to disrupt the Israelis, who were engaged in detecting and destroying Hamas attack tunnels dug between Gaza and Israel. No injuries were reported, but tunnel detecting equipment was damaged. In response, the IDF fired on Palestinian Interior Ministry buildings, Hamas outposts, and other targets, damaging structures and causing two civilian injuries. The Israeli Air Force struck back at the militants as well, hitting four Hamas targets on May 6. A rocket was fired by Hamas militants from Gaza on May 7, 2016, landing in the Eshkol region and exploding without damaging structures or injuring Israelis. In response, the Israeli Air Force struck two Hamas targets. |

| March 11 | 4 rockets | **Four rockets** were fired from Gaza towards Israel, all fell in open areas. No injuries reported. |
|---|---|---|
| January 24 | 1 rocket | **One rocket** was fired from Gaza, landing in an open area in the Sha'ar Hanegev regional council and not causing damage or injury. |
| January 1 | 5 rockets | **Five rockets** were fired from Gaza at Israel, two landed in open areas in Israel and three landed within the Gaza Strip. |

## 2015

| December 20 | At least 3 rockets | **At least three rockets** were fired over the Lebanon border, landing in Israel. The IDF blamed the Lebanese military for the strikes, and responded with their own artillery fire. No injuries were reported. |
|---|---|---|
| December 17 | 1 rocket | **One rocket** was fired from Gaza, setting off rocket sirens in the Sha'ar HaNegev region of Southern Israel. The rocker landed in the Gaza Strip. The IDF struck two sites in Gaza in retalliation, no injuries were reported. |
| December 13 | 1 rocket | **One rocket** was fired from Gaza and set off rocket sirens in Southern Israel, and landed in an open area in Shaar HaNegev. Israeli jets struck a Hamas base in response, no casualties were reported in either incident. |
| November 23 | 1 rocket | **One rocket** was fired from Gaza and landed in an open area in Southern Israel. No damage or casualties were reported, and sirens in Israel were not set off. |
| November 17 | 1 rocket | **One rocket** was fired from Gaza and landed near the border wall seperating Israel from Gaza. Rocket alert sirens in Israel did not activate, and there were no reports of injuries or damage. |
| November 9 | 1 rocket | **One rocket** was fired from Gaza and landed in Southern Israel in a field, no injuries reported. In response, Israeli jets struck Hamas positions in Gaza, with no casualties reported. |

| | | |
|---|---|---|
| **October 26** | 1 rocket | **One rocket** was fired from Gaza at Southern Israel, no injuries reported. |
| **October 21** | 1 rocket | **One rocket** was fired from Gaza and landed in Israel's Sha'ar Hanegev region. No injuries or property damage reported**.** |
| **October 10** | 1 rocket | **One rocket** was shot down by the Iron Dome over Israel after being launched from the Gaza Strip. In response to this attack as well as attacks during the previous days, the Israeli military conducted air strikes against Gaza militant positions. These strikes claimed the lives of a pregnant 30-year old Palestinian woman and her 3-year old daughter, and injured several other members of her family. |
| **October 9** | 2 rockets | **Two rockets** were fired by Gaza militants, both landed and exploded in the Gaza Strip. No injuries reported. |
| **October 4** | 2 rockets | Palestinians fired **two rockets** from Gaza on Sunday October 4, one of which exploded in a field in Eshkol with no injuries. The other rocket did not make it out of the Gaza Strip but still set off warning sirens in Israel because it was originally headed towards a populated area. |
| **September 30** | 1 rocket | **One rocket** was fired towards Israeli territory from within the Gaza Strip on September 30, 2015. The missile was intercepted by the Iron Dome defense system over the Israeli city of Ashdod, and no injuries were reported. In response, the Israeli Air Force struck four Hamas military sites the next day. |
| **September 20** | 2 rockets | **Two rockets** were fired from the Gaza Strip by the Sheikh Omar Hadid Brigade. One rocket landed in Sderot and damaged a home**,** while the other rocket was shot down by the Iron Dome missile defense system over Ashkelon. No injuries were reported. The Israeli Air Force struck multiple targets in retaliation, including a Hamas telecommunications site. |
| **September 1** | 1 rocket | **One rocket** was fired from the Gaza Strip by an ISIS linked group, the Sinai Province of the Islamic State. The rocket fell within Gazan territory, no injuries were reported. |

| | | |
|---|---|---|
| **August 27** | 1 rocket | **One rocket** was fired from within the Gaza Strip and exploded in Israeli territory on Thursday, August 27, 2015. In response, the Israeli military struck the position from which the rocket was fired, and also destroyed a Hamas weapons factory in Gaza. No injuries were reported. |
| **August 20** | At least 2 rockets | **Multiple rockets** struck an Israeli village near the Lebanese border, and Israel responded by striking militant positions within the Syrian Golan Heights. The rockets were fired from within Syria, and Israel blamed the group Islamic Jihad for the attack. |
| **August 7** | 3 rockets | **Three rockets** were fired by Jihadist groups from the Gaza Strip. Two of these rockets exploded in Gaza and one made it to Israel; no injuries were reported. |
| **August 1** | 2 rockets | **Two rockets** were fired by Hamas at Israel. The rockets landed in unpopulated areas near the border, no injuries reported. |
| **June 6** | 2 rockets | **Two rockets** were fired from within Gaza on June 6, 2015. No casualties or significant damage were reported, and the rockets landed in empty fields. The Omar Brigades again claimed responsibility for this attack, and it seemed as if they were trying to provoke Israel into another was with Hamas. Israel bombed Hamas facilities in response, causing damage but no casualties. |
| **June 2** | 2 rockets | **Two rockets** were fired from within Gaza on Wednesday, June 2, 2015, striking Southern Israel near Ashkelon. No significant damage or injuries were reported. In response to the attack the IDF carried out air strikes against the facility where they believed the rockets were fired from. A Salafist group associated with the Islamic State, the Omar Brigades, claimed responsibility for the attack, stating that it was in response to the Hamas police officers killing of an Islamic State supporter during the previous day. |
| **May 26** | 1 rocket | **At least one rocket** was fired towards Israel from within the Gaza Strip on Tuesday, May 26, 2015. Sirens went off and explosions were heard in Southern Israel, but no injuries were reported. Israeli security officials believe that this attack was carried out by Palestinian Islamic Jihad members. In response, Israeli aircraft bombed four sites in Gaza the following day, known to be Hamas and Palestinian Islamic Jihad training areas. |
| **April 23** | 1 | In the first rocket attack of 2015, Hamas militants **fired a rocket** |

| | rocket | into Israeli territory on Israel Independence Day. Israeli warning sirens sounded and the rocket exploded on impact but caused no casualties or damage. The IDF responded by shelling a base that was known to be used by the militant group, also causing no casualties. |
|---|---|---|

## 2014

| December 19 | 1 rocket | A **rocket fired from the Gaza strip** landed in the Eshkol Regional Council, no injuries were reported.  In response to this attack, Israel carried out it's first air strikes in Palestinian territory since the end of Operation Protective Edge.  Israeli Air Force jets struck a Hamas training camp in the southern Gaza Strip. |
|---|---|---|
| October 31 | 1 rocket | A **Qassam rocket fired from within the Gaza Strip** struck Southern Israel in the Eshkol region. The rocket was originally thought to have fallen and exploded within Gaza, so no Code Red sirens were sounded.  In response to this attack, the Israeli goverment closed the Erez and Kerem Shalom border crossings on November 1, repoening them 2 days later on November 4.  Hamas security forces arrested 5 individuals who them believe were behind the attack. |
| September 16 | 1 rocket | For the first time since the cease-fire took effect on August 26, **a rocket fired from Palestinian territory** screamed through the sky and landed in Israel. The rocket landed near the Gaza border, inbetween Eshkol and Sdot Negev. No Palestinian group has claimed responsibility for the attack, no injuries or major damage reported. |
| August 26 | 100+ rockets and an unconfirmed number of mortars | **More than 100 rockets** were fired from Gaza into Israel on Tuesday August 26 before the cease-fire was announced. Multiple rockets were intercepted by the Iron Dome, and at least 2 fell within the Gaza Strip.  2 people were killed and multiple people injured when a mortar hit Eshkol regional council.  A home in Ashkelon suffered a direct hit and there were multiple injuries from shrapnel, and a rocket hit a playground in Ashdod. |
| August 25 | 130+ rockets and at least 30 mortars | **At least 130 rockets and at least 30 mortars** were fired from Hamas militants into Israel on August 25.  Hamas took responsibility for an M75 rocket launched at Tel Aviv.  Late afternoon saw a drastic increase in mortar and rocket fire, with the Iron dome intercepting one rocket bound for Ben |

| | | Gurion Airport.  Israeli military responded to rockets coming from Lebanon by firing artillery shells at the site of the launch.  The Iron Dome struck down a rocket above a main shopping center in Ashdod, sending debris crashing through the mall's glass ceiling and injuring multiple people.  Multiple injuries reported including a woman from Eshkol hit by shrapnel. |
|---|---|---|
| **August 24** | 60+ rockets and an unconfirmed number of mortars | **At least 60 rockets** and an unconfirmed number of mortars were fired from Hamas militants into Israel on August 24.  **2 rockets** were also confirmed to have been fired from Syria into the Golan Heights.  The intention and responsibility for these rockets has not yet been ascertained.  These rockets were either intercepted by the Iron Dome or hit open areas in Eshkol and Sdot Negev.  Hamas once again tried to fire on Tel Aviv. |
| **August 23** | 93 rockets and an unconfirmed number of mortars | **93 rockets** were fired from the Gaza Strip into Israel on August 23 including 2 rockets fired from Lebanon.  Multiple injuries reported and multiple buildings were damaged. |
| **August 22** | 50+ rockets and an unconfirmed number of mortars | **More than 50 rockets** were fired from the Gaza Strip towards Israel on August 22, including one that struck a home in Sha'ar HaNegev and killed a 4 year old boy.  Daniel Tregerman was playing with his family when a red alert siren sounded and a mortar slammed into the side of his home.  He was killed by shrapnel and was laid to rest later in the weekend.  Rockets were also fired at Tel Aviv. |
| **August 21** | 104 rockets and 12 mortars | **104 rockets and twelve mortars** were fired towards Israel on August 21.  After heavy rocket fire pounded Southern Israel in the morning, an Israeli man was seriously injured by shrapnel as a Hamas rocket hit an Eshkol building.  The man was attending his son's third birthday celabration at his son's school when the sirens went off and he immediately rushed to get all of the children inside.  He was hit by shrapnel as the bomb exploded outside of the school.  A number of cows were killed when a projectile hit the barn that they were in. |
| **August 20** | 168 rockets | One hundred and sixty eight rockets were fired from Gaza into Israel today. No injuries reported. .  Hamas fired two rockets at an Israeli gas installation off the Gaza coast. |

| | | |
|---|---|---|
| **August 19** | 50 rockets | **50 rockets** were fired from Gaza during the newly agreed to 24-hour extension to the previous week's 5 day cease-fire. Hamas militants broke the cease-fire early in the morning with a barage of **5 rockets**, and Israel retaliated with air strikes on 25 locations.  One of these rockets struck an Israeli highway, others hit open areas in Eshkol and Beersheba.  No injuries reported. |
| **August 14** | 1 rocket | A **single rocket** was fired from Gaza into Israel, landing in an open area in Eshkol.  No injuries reported. |
| **August 13** | 7 rockets | 7 rockets were fired at Israel from Gaza, the Iron Dome intercepted one and the others landed in open areas.  No injuries reported. |
| **August 11** | 8 rockets | **8 rockets** were fired into seperate parts of Israel hours before the end of the 72-hour ceasefire. |
| **August 10** | 39 rockets | The Iron Dome intercepted **four rockets**, while **35 hit open areas in Eshkol**, Sderot and Ashkelon. No injuries reported. |
| **August 9** | 30 rockets | **30 rockets** hit open areas in Eshkol and Hof Ashkelon.  No injuries reported. |
| **August 8** | 51 rockets | After the cease-fire ended, rockets immediately started being shot from Gaza.  2 overnight before the cease-fire ended, and a volley of **"at least" 35 rockets** at 8a.m. immediately following the cease-fire's end. |
| **August 4** | 57 rockets | **31 rockets** were fired at Israel in just a few hours during a cease-fire that was supposed to last from 10a.m. to 5p.m. **26 were fired later** in the day.  No injuries reported. |
| **August 3** | 119 rockets and mortars | **119 rockets** and mortars were fired towards Israel, with the Iron Dome taking down 8.  No injuries reported. |
| **August 2** | 84 rockets | **84 rockets** were fired towards Israel, no injuries reported. |

| | | |
|---|---|---|
| **August 1** | 16 rockets | **16 rockets** were fired at Israel, many landing in Eshkol Regional Council and Sha'ar HaNegev.  No injuries reported. |
| **July 31** | Unconfirmed number of mortar and 32 rockets | **32 rockets** were fired at Israel, multiple impacts.  3 injuries: 14-year-old who had cut her leg, a 60-year-old man who fell and sustained moderate injuries, and a Chinese construction worker. |
| **July 30** | Unconfirmed number of mortar and 141 rockets | **141 rockets** were fired at Israel for an unconfirmed number of impacts. No one was injured. |
| **July 29** | Unconfirmed number of mortar and 79 rockets | **79 rockets** were fired at Israel for an unconfirmed number of impacts. No one was injured. |
| **July 28** | Unconfirmed number of mortar and 6 rocket hits | At least **four people were killed**, while at least six others were wounded, some seriously and critically, by **mortar fire** on Eshkol near the Gaza border early Monday evening. Because this was a mortar and not a rocket, there was no Code Red siren.<br><br>Elsewhere, three rockets hit open areas in Eshkol and Iron Dome intercepted three more. |
| **July 16-27** | 814 Rocket hits | **814 rockets** hit open areas throughout Israel between the 16th and 27th of July. |
| **July 15** | Unconfirmed number of rocket hits | At least **105 rockets** fired at Israel after Hamas rejects ceasefire proposal. An Israeli civilian is killed at the Erez crossing by a mortar attack from Gaza. Two sisters, aged 11 and 13, from a Bedouin villae near Beersheba, are seriously wounded. |
| **July 11** | Unconfirmed number of rocket hits | **Three rockets** are fired at Israel from Southern Lebanon, one striking an open field in Metula, with no reported injuries. An unconfirmed number of rockets fired from Gaza were intercepted on their way to Haifa, Hadera, and Zichron Yaakov. A fire started in Ashdod after **one rocket** hit a gas station, injuring eight. |

| | | |
|---|---|---|
| **July 10** | 192 rocket hits, several mortar hits | **Three rockets** are fired at Beersheba, but are intercepted by the Iron Dome. Later in the day, **two rockets** hit Beersheba, one causing four injuries. **One rocket** strikes farm land near the Be'er Tuvia Regional Council. Several rockets are fired at Ashdod, destroying a house, causing a gasoline explosion, injuring one woman. Two IDF soldiers are inured by mortar fire in Eshkol. **Four rockets** were intercepted over Tel Aviv; an unconfirmed number targeting the greater area hit lightly-populated locations. No casualties are reported. |
| **July 9** | 103 rocket hits | Hamas terrorists in Gaza assumed responsibility for an unconfirmed number of rocket strikes. 20 Israeli cities report rocket fire or air-raid sirens on and around 8:30 in the morning. The Iron Dome intercepts 21 of a confirmed 103 rockets fired. No injuries are reported. Damage is reported to a house in Eshkol and a fire was contained in Yeruham. |
| **July 8** | 117 rocket hits | **Operation Protective Edge begins.**<br><br>Rockets were fired at Tel Aviv for the first time since 2012. An unconfirmed number of rockets targeting Jerusalem, Tel Aviv, and Beersheba are intercepted by the Iron Dome. No injuries and only light damage is reported. Rockets will continue throughout this operation. |
| **July 7** | 80+ rocket hits | Hamas claimed to have fired 100 rockets across Southern Israel. The Iron Dome intercepted **three rockets** targeting the Eshkol area. **One rocket** hits an open field in Beersheba. **One rocket** hit the Eshkol Regional Council, injuring one IDF soldier. Soldiers were attacked by a rocket-propelled grenade along the Gaza border, injuring one. The IDF confirmed 80 rocket hits on the day. |
| **July 6** | 25+ rocket hits | **Seven rockets** target Sha'ar Hanegev, four hitting a kibbutz. Two rockets hit eshkol, causing small fire that was quickly contained. Rocket hits were confirmed in Sderot and Hof Ashkelon. |
| **July 5** | Several rocket and mortar hits | .**One rocket** was fired at the Eshkol Regional Council, landing in a field, lightly injuring an IDF soldier. An undetermined number of rockets and mortars were fired at Southern Israel throughout the afternoon, one being |

| | | |
|---|---|---|
| | | intercepted by the Iron Dome. One rocket was fired at Beersheba. |
| **July 4** | Twenty-five (25) rocket hits, several mortar hits | **Four rockets** are fired at Sderot. One is intercepted by the Iron Dome. **Two rockets** targeting Okafim are intercepted by the Iron Dome. **Seven rockets** land in open fields in greater Southern Israel. **One rocket** was fired at an IDF instillation near the Gaza border, but missed. **Seven rockets** were fired at Eshkol. Two mortars are launched at Sderot. An undetermined number of mortars are fired at Keren Shalom, but only one hits. No known injuries. |
| **July 3** | Twelve (12) rocket hits | **One rocket** hits Sderot after midnight. **Ten rockets** are fired at Sderot and greater Southern Israel in the early morning hours. **One rocket** is fired at Ofakim. Four homes in Sderot are hit. A summer camp was hit, but the rocket failed to detonate. No casualities are reported. |
| **July 2** | Thirteen (13) rocket hits, nine mortar htis | Gaza terrorists fire **five rockets** towards the Sdot Negev regional council, **three rockets** towards Ofakim, **two rockets** at Ashkelon, **three rockets** at Eshkol. In the afternoon and midnight hours, nine mortars hit the Eshkol area. The Iron Dome intercepted two rockets, and the rest landed in fields. No injuries or damage reported. |
| **July 1** | Five (5) rocket hits, undetermined number of mortar hits | Terrorists fire **five rockets** overnight at the Eshkol area. One falls in an open field near the regional council. Damage to vehicles and a packaging factory is reported, but no injuries. |
| **June 30** | Sixteen (16) rocket hits, one mortar hit | Gaza terrorists fire **sixteen rockets** in the early morning hours. Most of the rockets landed in open areas near Eshkol. One caused light damage to a home. No injuries. |
| **June 29** | Four (4) rocket hits | **Four rockets** were fired from Gaza into the south of Israel. Two were intercepted by Iron Dome, and two fell in an open area near the border fence. |
| **June 28** | Several rocket hits | Terrorists in the Gaza Strip fired **several rockets.** Two struck factory in Sderot, causing it to burn down. All other rockets hit an open area. |

16

| | | |
|---|---|---|
| **June 27** | Six (6) rocket hits, one mortar hit | **Six rockets** launched from the Gaza Strip, four fell in open field, two intercepted by Iron Dome en route to Ashkelon. Mortar fire damaged military vehicle. |
| **June 24** | Several rocket hits | **Two rockets** intercepted by Iron Dome, and a third lands in the south near Sderot. |
| **June 21** | Four (4) rocket hits | **A rocke**t was fired into Hof Ashkelon Regional Council, damaging a road. In the evening **three rockets** were fired at the Sdot Negev and Sha'ar HaNegev Regional Councils. All rockets exploded in the open area. No damages or injuries were reported |
| **June 21** | Four (4) rocket hits | **A rocke**t was fired into Hof Ashkelon Regional Council, damaging a road. In the evening **three rockets** were fired at the Sdot Negev and Sha'ar HaNegev Regional Councils. All rockets exploded in the open area. No damages or injuries were reported |
| **June 19** | Two (2) rocket hits | **A rocket** fired from Gaza struck an open field near Sderot. Later a rocket fired at Ashkelon was intercepted by Iron Dome**.** |
| **June 18** | Two (2) rocket hits | **Two rockets** fired from Gaza hit into a Sha'ar Hanegev Regional Council community and caused light damage to a structure. |
| **June 16** | One (1) rocket hit | A rocket from Gaza landed in an open area in Ashkelon region. |
| **June 15** | Four (4) rocket hits | A series of explosions were heard in the evening in Asheklon, as **four rockets** had been fired from Gaza. Two were intercepted by Iron Dome, causing fragments to fall acros steh city. No injuries or significant damage. |
| **June 14** | Three (3) rocket hits | Hof Ashkelon reports **two of three rockets** fired from Gaza landed in the region. No injuries or damage. |

| | | |
|---|---|---|
| **June 11** | One (1) rocket hit | **One rocket** fired from Gaza came close to hitting a main road in southern Israel, but landed in a nearby field without causing any injuries. |
| **June 1** | One (1) rocket hit | Early morning attack on Eshkol region. **One rocket** landed in a field and no damage was reported. |
| **May 23** | One (1) rocket hit | Sha'ar HaNegev Regional Council reported **one rocket explosion** in open field. No damage or injuries. |
| **May 1** | One (1) rocket hit | **A rocket** hit an open area in Eshkol. No injuries or damage. |
| **April 24** | One (1) mortar hit | **Mortar shell** exploded near the fence in southern Gaza. No injuries or damage. |
| **April 23** | Three (3) rocket hits | **Three rockets** landed in the Hof Ashkelon and Sha'ar HaNegev Regional Councils, after rocket alert sirens. No injuries. |
| **April 21** | Seven (7) rocket hits | Terrorists fired **seven rockets** during the last day of the Passover holiday. First three hit uninhabited areas and caused no damage. Anotehr two cause light damage in Sderot. |
| **April 16** | Several rocket hits | Gaza terrorists launched **several rockets** at south Israel. No injuries or damage reported |
| **April 13** | Three (3) mortar hits | **One mortar shell** landed close to the security fence in an open field, and late that night **two more mortars** were fired at Israeli soldiers. No injuries. |
| **April 9** | One (1) rocket hit and one (1) mortar hit | Early morning alert in Asheklon Region, **a rocket** fell short. That evening **a mortar** landed in a kibbutz in the Sha'ar Hanegev Regional Council. Damage was reported but no injuries. |
| **April 5** | One (1) rocket | Terrorists in Gaza fire **a rocket** into Israel. No injuries or |

| | hit | damage reported. |
|---|---|---|
| **April 4** | One (1) rocket hit | In the Hof Ashkelon Regional Council **a rocket** exploded in the open area, close to the border fence. No injuries or damage were reported. |
| **April 1** | Three (3) rocket hits | **Three rockets** were fired at Eilat, intercepted by Iron Dome. |
| **March 12 - 13** | Sixteen (16) rocket hits | At least **16 rocket hits** were identified in Israeli territory, out of over 78 rockets that Gaza terrorists fired, in the largest barrage of rockets since during Operation Pillar of Defense. Iron Dome intercepted at least five of the rockets. In response, the IDF hit terror locations in the northern and southern ends of the Gaza Strip with artillery fire. |
| **January 15 - 21** | Thirteen (13) rocket hits | A total of **13 rocket hits** were identified in Israeli territory. The peak was a barrage of five rockets fired at Ashkelon on January 15. On January 20, two rockets were fired at Eilat. There were no casualties and no damage reported in any of the attacks. |
| **January 13** | **Two (2) rocket hits** | Two rockets were fired from Gaza at Israel only a short time after world leaders and guests had left the burial ceremony for deceased former Israeli Prime Minister Ariel Sharon. The rockets landed in an open area near the border fence. No casualties or damage was reported. |
| **January 8** | **Three (3) mortar hits** | Three mortar shells were fired at an area near the security fence. There were no casualties and no damage reported. The military-terrorist wings of the Democratic Front for the Liberation of Palestine (DFLP) and the Popular Front for the Liberation of Palestine (PFLP) separately claimed responsibility for the mortar shell fire. |
| **January 2** | **One (1) rocket hit** | A rocket hit was identified in an open area in the western Negev. There were no casualties and no damage reported. |

**2013**

| | | |
|---|---|---|
| | | |

| December 23 - 26 | Three (3) rocket hits | One rocket hit was identified on night of December 23 near a bus stop in the western Negev. On December 26, two rockets fell in open areas near Ashqelon. There were no casualties and only minor damage reported from the two incidents. |
|---|---|---|
| November 19 | Three (3) mortar hits | Three mortar shells were fired from the Gaza Strip, targeting an IDF force engaged in routine activities along the security fence between Israel and the Gaza Strip. There were no casualties and no damage reported. |
| November 14 | Two (2) mortar hits | Two mortar shells targeting Israel were fired from the Gaza Strip. One landed close to an IDF force engaged in routine operations near the security fence. No casualties or damage were reported. |
| October 27 - 28 | One (1) rocket hit; Two (2) mortar hits | On October 27, two mortar shells fired from Gaza landed in southern Israel. On October 28, one rocket fire by Palestinian terrorists in Gaza slammed into an uninhabited area in the Ashkelon Coast Regional Council area. A second rocket fired from Gaza was destroyed by an interception of the Iron Dome system outside Ashkelon. |
| October 8 | One (1) rocket hit | One rocket hit was identified in Israeli territory. The rocket fell in an open area; there were no casualties and no damage. |
| September 18 | One (1) rocket hit | One rocket hit was identified in an open area in the western Negev. There were no casualties and no damage reported. |
| August 8 - 15 | Three (3) rocket hits | On August 13, a rocket hit was identified in an open area in the western Negev. There were no casualties and no damage reported.  That same night, two explosions were heard in Eilat caused by two rockets launched from Sinai. Two civilians were treated for shock and a woman broke her leg while running to take cover. The Gaza-based Mojahideen Shura Council of the Environs of Jerusalem issued an announcement claiming responsibility. |
| August 1 - 7 | One (1) rocket hit | On the night of August 7 a rocket hit was identified in an open area in the western Negev. There were no casualties and no damage was reported. |

| July 24 - 31 | Three (3) rocket hits | Two rockets were fired on July 24 and another on July 30 - the first full day of resumed peace talks between Israel and the Palestinian Authority. All three rockets landed in southern Israel but caused no damage or casualties. |
|---|---|---|
| June 19 - 25 | Five (5) rocket hits | Palestinian terrorists in Gaza fired six rockets on the night of June 23. Four hits were identified near Netivot and the Bnei Shimon Regional Council. Two more rockets were fired toward Ashkelon but were intercepted by Iron Dome. On June 19, terrorists fired three rockets toward Ashkelon, though no hits were reported and the rockets are believed to have struck inside Gaza. |
| May 15 | One (1) rocket hit | One rocket hit was identified in an open area in the western Negev during the Shavuot holiday. There were no casualties and no damage reported. |
| April 26 - May 2 | Three (3) rocket hits; Two (2) mortar hits | Three rocket hits were identified in southern Israel. On April 27, one rocket struck the Sdot Negev Regional Council; on April 29, one rocket landed in the Eshkol Regional Council. On May 2, two mortar shells struck the Eshkol Regional Council. No injuries or damage was reported for any of the hits. |
| April 18 - 25 | Three (3) rocket hits | Three rocket hits were identified in southern Israel. There were no casualties and no damage reported. |
| April 17 | Two (2) rocket hits | Two GRAD rockets struck the southern Israeli coastal city of Eilat. One landed in a residential area but no injuries were reported. The IDF said the rockets were fired from the Sinai Peninsula. A Salafist organization called the Mujahideen Shura Council of Jerusalem took responsibility for the fire, which it claimed was a retaliation for Israeli attacks on Palestinian protesters, but did not reveal where it launched the rockets from. |
| April 1 - 3 | Two (2) rocket hits; Three (3) mortar hits | Palestinian terrorists in Gaza fired two Qassam rockets toward the western Negev on the morning of April 3 morning, as Israeli children in Sderot and Sha'ar Hanegev were making their way to schools and kindergartens after the Passover holiday. No injuries or damage were reported. Defense Minister Moshe Ya'alon said "Israel holds Hamas responsible for everything that is fired from Gaza." On April 2, three mortars were fired from Gaza |

21

| | | |
|---|---|---|
| | | toward Israel. One shell landed in the Eshkol Regional Council, without causing injury or damage. |
| March 21 | **Two (2) rocket hits** | The Palestinian terror organziation Majlis Shura al-Mujahadeen claimed responsibility for firing four rockets at Israel, two of which landed in Sderot while the other two landed within Palestinian Gaza. Hamas said it had no connection to the attack which came on the morning of President Obama's second day in Israel during his inaugural visit to the Jewish State as President. No injuries were reported.<br><br>PA President Mahmoud Abbas condemned the attacks. |
| February 26 | **One (1) rocket hit** | Al-Aqsa Martyrs Brigades took resonsibilty for firing a GRAD rocket, which  fell on a road south of Ashkelon causing some damage to a road. No injuries were reported.<br><br>This was the first attack since cease-fire was signed after Operation Pillar of Defense in November 2012. |

## 2012

| | | |
|---|---|---|
| November 14 - 21 | Nine Hundred Thirty Three (933) rocket hits | **Operation Pillar of Defense:**<br><br>On the morning of November 15, **three Israeli civilians were killed** when a rocket directly struck their apartment building in the city of Kiryat Malachi. **Three children, among them two young babies, were also wounded** in the strike.  **Three IDF soldiers were wounded** in a separate attack when mortar shells exploded inside their base near the Gaza border.<br><br>On November 16, a rocket fired from Gaza landed outside Jerusalem. On November 20, an **IDF soldier - Cpl. Yosef Fartuk - and a civilian - Alayaan Salem al-Nabari - were killed** when a mortar fired from Gaza exploded in the Eshkol regional council. **Five IDF soldiers were wounded** when a rocket landed inside their holding area on the Gaza border. Also on November 20, a GRAD rocket scored a direct hit on a residential apartment building in the city of Rishon L'Tzion, **wounding one person moderately and sending nearly ten others to the hospital with shock.**<br><br>**In total, terrorists in Gaza fired more than 1,500 rockets at Israel during this period - 933 struck inside Israel, 421 were intercepted by the Iron Dome Missile Shield, and 152 rockets landed inside the Gaza Strip.** |

| | | |
|---|---|---|
| November 10 - 13 | One hundred twenty-one (121) rocket hits | In distinct escalation, Palestinian terrorists in Gaza launched more than 150 rockets at Israel; at least 121 rocket hits were identified in Israeli territory. A total of 64 rockets hits were identified on November 11. A number of mortar shells were also fired. A number of Israeli civilians were wounded by the rocket fire, although not seriously; several were treated for shock and there was extensive property damage. |
| October 31 - November 6 | Two (2) rocket hits | Two rockets fired from Gaza hit Israel. |
| October 24 - 30 | One hundred five (105) rocket hits; Twelve (12) mortar hits | In a new round of escalation in southern Israel, of the many more rockets and mortar shells that Hamas and the Popular Resistance Committees fired from the Gaza Strip, 105 rockets and 12 mortar shells landed in Israel.One of the rockets was a long-range Grad that fell in an open area on the outskirts of Beersheba. |
| October 17 - 23 | Five (5) rocket hits | Five rockets from Gaza hit southern Israel. Two civilians were treated for shock after one of the rockets fell in their yard. |
| October 10 - 16 | Seven (7) rocket hits | Seven rockets from Gaza hit into Israeli territory were identified. One grad rocket landed in southern Israel near Netivot, in the yard of a youth center. No injuries were reported but three people were treated for shock including one person who was evacuated to a hospital. Another rocket hit close to a house in the Hof Ashkelon area. Most of the remaining rockets hit in the southern town of Netivot. |
| October 3 - 9 | Sixteen (16) rocket hits | Most of the rockets landed in open areas, but one landed in a petting zoo in the Eshkol region, killing two goats and wounding nine others. |
| September 25 - October 2 | Three (3) rocket hits | Three rockets landed in Israeli territory. There were no casualties and no damage was done. |

| **September 12 - 18** | Three (3) rocket hits | Three rockets landed in open areas. There were no casualties and no damage from these rocket attacks. |
|---|---|---|
| September 5 - 11 | Four (4) rocket hits | Four long-range rockets landed in Israeli territory near the town of Netivot and the city of Beersheba. **Two homes in Netivot were severely damaged and a number of residents were treated for PTSD (Sept 9).** Networks affiliated with the global jihad claimed responsibility for most of the rocket attacks. |
| September 1 - 4 | Twelve (12) rocket hits | There was an increase in rocket hits targeting the western Negev; 12 hits in all were identified, most falling in open areas. On August 31 two rocket hits were identified in the southern city of Sderot. One of them hit two residential buildings. On September 2 a Grad rocket hit was identified near the town of Netivot. |
| August 23 - 31 | Six (6) rocket hits | On August 26, three rockets fell in Sderot; there were no casualties but factories were damaged. On August 27, the first day of the new school year, three rockets fell at around 8:00 in the morning, as elementary and kindergarten children were on their way to school. One of the rockets fell in Sderot in an open area. There were no casualties and no damage. A group calling itself the Holy Fighters of Greater Jerusalem said in an announcement that the rockets had deliberately been fired on the first day of school. |
| August 15 - 22 | **Two (2) rocket hits** | Two Grad rockets were launched from the Sinai Peninsula and targeting the city of Eilat. The remains of one of the rockets were found in a hilly region near the city. |
| August 8 - 14 | One (1) rocket hits | Hit identified in southern Israel. The rocket fell in open areas. There were no casualties and no damage. |
| August 1 - 7 | Two (2) rocket hits | Hits were identified in Israeli territory. The rockets fell in open areas. There were no casualties and no damage. |
| July 25 - 31 | **Ten (10) rocket hits** | Hits were identified in Israeli territory, landing near Sderot and Ashkelon. The rockets fell in open areas. **One Israeli woman suffered minor wounds**; no property was damaged. On July 24 |

| | | the Iron Dome system intercepted and destroyed a rocket targeting the Ashqelon area. |
|---|---|---|
| July 18 - 24 | Three (3) rocket hits | Hits were identified in Israeli territory. The rockets fell in open areas. There were no casualties and no damage. |
| July 11 - 17 | Three (3) rocket hits | Hits were identified in Israeli territory. The rockets fell in open areas. There were no casualties and no damage. |
| July 4 -10 | Three (3) rocket hits; One (1) mortar hit | During this week, three rocket hits were identified in Israeli territory. The rockets landed in open areas; there were no casualties and no damage. On July 9 a mortar shell was fired into the western Negev. There were no casualties and no damage. |
| June 24 - July 3 | One (1) rocket hit | On June 27 one rocket hit was identified in one of the western Negev communities, damaging a chicken coop. Two rockets targeting the southern city of Netivot were intercepted and destroyed by the Iron Dome aerial defense system. |
| June 19 - 23 | **One-Hundred Sixty Two (162) rocket hits** | Another round of escalation began after terrorist attacks along the Israeli-Egyptian border forced the IDF to target terrorist headquarters in the Gaza Strip. In response the terrorist organizations in the Gaza Strip initiated massive barrages of rockets targeting towns and villages in Israel's western Negev. The greatest number of rockets landed on June 20, when about 70 rockets hit the western Negev. The rockets damaged a number of buildings, including a school in Sderot. **Two civilians were wounded** and several suffered slight injuries, while several had to be treated for shock. |
| June 13 - 18 | **Eight (8) rocket hit**s | Hits were identified in Israeli territory. Two GRAD rockets were apparently fired from the northern Sinai Peninsula on June 16 and landed north of Eilat. The other six were fired on June 18 and 19 and fell in the western Negev. All the rockets fell in open areas; there were no casualties and no damage. |
| June 6 - 12 | **One (1) rocket hit** | Identified in an open area in the Western Negev. There were no casualties and no damage. |

| May 30 - June 5 | **Three (3) rocket hits** | Identified in Israeli territory in the western Negev. On the night of June 3, two rockets landed in open areas in the western Negev; there were no casualties and no damage. On the night of June 4, a rocket landed in a wheat field near Ashkelon, setting the field on fire. There were no casualties. |
| May 9 - 15 | **One (1) rocket hit** | Identified in an empty area in the western Negev. There were no casualties and no damage. |
| May 1 - 8 | **Two (2) rocket hits; One (1) mortar hit** | Identified in the western Negev, falling in open areas. There were no casualties and no damage. |
| April 25 - 30 | **Two (2) rocket hits** | On Israeli Independence Day (April 25) a rocket strike from Gaza was identified in southern Israel. A few days later, another rocket landed near Sderot. There were no casualties reported. |
| April 18 - 24 | **One (1) rocket hit** | Identified hit in an open area of the Western Negev desert. There were no casualties or damage caused. |
| April 4 - 15 | **Eight (8) rocket hits** | On April 4, three rockets struck the southern resort town of Eilat, fired from the Sinai Peninsula. On April 8, three rocket hits were identified in the Western Negev. On April 15, two rockets fell in open areas in the western Negev desert. There were no reports of casualties. |
| March 28 - April 3 | **One (1) rocket hit; Two (2) mortar hits** | Strikes from Gaza were identified in Israeli territory. There were no casualties and no damage. |
| March 16 - 20 | **Nine (9) rocket hits;** | Rocket and mortar hits were indentified in southern Israel despite a tenative arrangement with Hamas to cease rocket fire after the escalation of mid-March. In addition, two rockets were |

| | **Four (4) mortar hits** | intercepted and destroyed by the Iron Dome aerial defense system. |
|---|---|---|
| March 9 - 15 | One Hundred Seventy Seven (177) rocket hits (More than 300 Rockets Fired) | Rockets hits were identified in all the major cities and towns of southern Israel, including Beersheba, Ashdod, Ashkelon, Yavne, and Netivot.<br><br>The **Iron Dome Anti-Missile System** deployed around southern Israel was successful in intercepting approximately 60 rockets that were destined to strike in densely populated areas.  A GRAD rocket scored a direct hit on an elementary school in Beersheba, thankfully with no one present.<br><br>**Around 30 people sustained injuries** including those taken to hosptials for shock.  Israel responded to the escalation by targeting rocket launching squads in the Gaza Strip. |
| Feb 29 - March 8 | Two (2) rocket hits; Three (3) mortar hits | Hits identified in the western Negev. There were no casualties and no damage. |
| February 22 - 28 | Twelve (12) rocket hits | Hits identified in Israeli territory. The rockets fell in open areas; there were no casualties and no damage. |
| February 15 - 21 | Eight (8) rocket hits | Hits identified in southern Israel, some of them long-range rockets. |
| February 8 - 14 | Two (2) rocket hits | Hits identified in Israeli territory. They fell in open areas in the western Negev. One of the rockets damaged a number of structures and caused a power outage. |
| February 1 - 7 | Five (5) rocket hits | Hits identified in Israeli territory - four on February 1 which landed in open areas in the western Negev. There were no casualties and no damage. |
| January 25 - 31 | Three (3) rockets | Hits identified in Israeli territory, all in open areas. There were no casualties and no damage. |

| | | |
|---|---|---|
| | hits | |
| January 18 - 24 | Four (4) rocket hits; four (4) mortar hits | There were no casualties and no damage reported. |
| January 7 - 17 | Two (2) rockets hits | Rockets were fired from Gaza and hit in an open field in the western Negev. No injuries were reported. |
| January 1 - 6 | One (1) rocket hit; Two (2) mortar hits | Mortars containing phosphorous were fired at Sderot and a village in the western Negev. The military-terrorist wing of the Popular Resistance Committees claimed responsibility for the attack. |

## 2011

| | | |
|---|---|---|
| December 28 - 31 | **Six (6) rocket hits** | Hits identified in Israeli territory. All the rockets and mortar shells fell in open areas in the western Negev. There were no casualties and no damage. |
| December 21 - 27 | **Three (3) rockets hits; two (2) mortar hits** | Fired into Israeli territory from the Gaza Strip. Two rockets fell in an open area in the western Negev on December 24. A third rocket fell on December 26. Two mortar shells fell on December 23 in open areas. There were no casualties and no damage. |
| December 14 - 20 | **Four mortar shells (4)** | Fired from Gaza into Israeli territory. They landed in open areas in the western Negev. There were no casualties and no damage. |
| **December 8 - 13** | **Eighteen (18) rocket hits** | Rockets struck civilian areas in southern Israel.<br><br>At dusk on Friday, December 9, two rockets were fired towards Ashdod (pop. 200,000) - one was shot down by the Iron Dome |

28

| | | anti-rocket system while the other fell in an open field. Another rocket landed at the Eshkol Regional Council. One of the rockets landed in an open area near Ashkelon while another was reported having hit in the Negev desert area. There were no reports of damage or injuries. |
| --- | --- | --- |
| **Nov 30 - Dec 6** | **One (1) rocket hit** | Hit identified near the security fence in the western Negev. There were no casualties and no damage. |
| **November 26** | **Two (2) rocket hits** | Hits identified in Israeli territory. Both fell in open areas in the western Negev. There were no casualties and no damage . |
| **November 15** | **Two (2) rocket hits** | One of the rockets hit a storage shed near a kindergarten in an Israeli village in the western Negev. The other fell in an open area. There were no casualties reported. |
| **November 9 - 14** | **One (1) rocket hit** | The rocket fell in an open area. There were no casualties and no damage. |
| **November 2 - 8** | **Three (3) rocket hits** | They were all launched on November 6, and fell in the western Negev in the Ashkelon district. There were no casualties and no damage. |
| **Oct 26 - Nov 1** | **45 rockets hits; 20 mortar hits** | Rockets struck Ashdod (pop. 200,000), Ashkelon (pop. 113,000), Gan Yavne (pop. 19,000) and the Eshkol Regional Council, killing one person - 56 year old Ashkelon resident Moshe Ami - and injuring approximately 30 others. Several buildings, including a school, were damaged in the attacks. The IDF views this as a major escalation after more than two weeks of quiet on the southern front. |
| **October 4** | **Two (2) rocket hits** | Fired from Gaza - one hit was identified in Israel, the other rocket landed inside Gaza. There were no reported injuries. |
| **September 29** | **One (1) mortar hit** | Identified hit in an open area in the western Negev. There were no casualties but power lines were damaged. |