**Germany**
Federal Republic of Germany

### Hague/Inter-American

**Party to Hague Service Convention?**
Yes

**Party to Hague Evidence Convention?**
Yes

**Party to Hague Apostille Convention?**
Yes

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**
No

## DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL +/−

**Embassies and Consulates**                                 ⊕

**List of Attorneys**                                        ⊕

**Helpful Links**                                            ⊕

Service of Process

Criminal Matters

Obtaining Evidence in Civil and Commercial Matters

Taking Voluntary Depositions of Willing Witnesses

Authentication of Documents

Last Updated: November 15, 2013

## Qatar
State of Qatar

### Hague/Inter-American

**Party to Hague Service Convention?**
No

**Party to Hague Evidence Convention?**
No

**Party to Hague Apostille Convention?**
No

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**

## DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL +/−

### Embassies and Consulates

Last Updated: March 30, 2018

# Switzerland
Swiss Confederation

## Hague/Inter-American

| | |
|---|---|
| **Party to Hague Service Convention?** | **Party to Inter-American Convention?** |
| Yes | No |
| **Party to Hague Evidence Convention?** | **Service of Process by Mail?** |
| Yes | No |
| **Party to Hague Apostille Convention?** | |
| Yes | |

## DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL +/−

Embassies and Consulates ⊕

List of Attorneys ⊕

Helpful Links ⊕

Service of Process ⊕

Criminal Matters ⊕

Obtaining Evidence in Civil and Commercial Matters ⊕

Taking Voluntary Depositions of Willing Witnesses ⊕

Authentication of Documents ⊕

Last Updated: November 15, 2013