

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

April 20, 2022

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Przewozman v. Qatar Charity*, No. 20-cv-6088 (NGG) (RLM), Request for Oral Argument

Dear Judge Garaufis:

      I write on behalf of Qatar National Bank Q.P.S.C. ("QNB") in the above-captioned case and pursuant to Rule V.D of Your Honor's Individual Rules to respectfully request oral argument on QNB's Motion to Dismiss Plaintiffs' Complaint. Due to the numerous, complex legal issues supporting the bases for QNB's motion, QNB strongly believes oral argument would assist the Court in resolution of the motion.

Respectfully submitted,

*/s/ Michael G. McGovern*_____

Michael G. McGovern

cc: All counsel of record (by ECF)