**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, *et al.*,<br><br>                               Plaintiffs,<br><br>                          v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>                              Defendants. | No.  1:20-CV-6088-NGG-RLM<br><br>Served on: February 18, 2022 |

**NOTICE OF DEFENDANT QATAR CHARITY'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Qatar Charity's Motion to Dismiss, the Declaration of Michael G. Lewis and exhibits attached thereto, all prior pleadings and proceedings in this case, all matters of which this Court may take judicial notice, and such other matters presented at any hearing on this Motion, Defendant Qatar Charity will move this Court before the Honorable Nicholas G. Garaufis, United States District Court Judge, at the United States Courthouse, 225 Cadman Plaza East, Courtroom 4DS, Brooklyn, New York 11201, on April 15, 2022, or as soon thereafter as counsel may be heard, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), dismissing the Complaint with prejudice and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated February 7, 2022, Plaintiffs shall serve opposition papers on or before April 1, 2022, and Qatar Charity shall serve reply papers on or before April 15, 2022.

Respectfully submitted,

Dated: February 18, 2022  **DLA PIPER LLP (US)**
New York, New York

By: */s/ John M. Hillebrecht*
John M. Hillebrecht
Kevin Walsh
Jessica Masella

1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-1501
Email: John.Hillebrecht@us.dlapiper.com
Kevin.Walsh@us.dlapiper.com
Jessica.Masella@us.dlapiper.com

*Counsel for Defendant Qatar Charity*