UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>                              Defendants. | No.  1:20-CV-6088-NGG-RLM<br><br>Served on: February 18, 2022 |

**DECLARATION OF MICHAEL G. LEWIS IN SUPPORT OF
QATAR CHARITY'S MOTION TO DISMISS THE COMPLAINT**

I, Michael G. Lewis, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a licensed attorney with the law firm of DLA Piper LLP (US) located at 1251 Avenue of the Americas, New York, New York 10020.  I am in good standing and duly admitted to practice law in the Eastern District of New York.  I make this declaration in support of Qatar Charity's Motion to Dismiss in the above captioned matter in which DLA Piper serves as counsel for Qatar Charity.

2. Attached hereto as Exhibit 1 is a true and correct copy of archival content from the United States Agency for International Development ("USAID") entitled *What We Do, Working in Crises and Conflict, Disaster Assistance, Malaysia* (available at https://2012-2017.usaid.gov/crisis/malaysia).

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from a USAID report entitled *USAID-PAKISTAN Monthly Progress Report No. 46* concerning "Contract No: 391-I-00-10-01153-00, M&E Services: KP/FATA Reconstruction Programs*,"* dated June 2014 (available at https://pdf.usaid.gov/pdf_docs/PA00KGN2.pdf).

1

4. Attached hereto as Exhibit 3 is a true and correct copy of a New Strait Times article entitled *Unaccompanied Afghan Evacuee Children in Qatar Limbo*, published on September 11, 2021 (available at https://api.nst.com.my/world/world/2021/09/726250/unaccompanied-afghan-evacuee-children-qatar-limbo).

5. Attached hereto as Exhibit 4 is a true and correct copy of an Associated Press News article entitled *Qatar Emerges as Key Player in Afghanistan After US Pullout*, published on August 30, 2021 (available at https://apnews.com/article/middle-east-afghanistan-qatar-6c1e9e4ef1a9f0c3d19eac20b9321339).

6. Attached hereto as Exhibit 5 is a true and correct copy of a United Nations Relief and Works Agency ("UNRWA") press release entitled *On World Food Day UNRWA and Qatar Charity Promote Nutrition and Healthy Eating Habits*, published on October 21, 2019 (available at https://www.unrwa.org/newsroom/press-releases/world-food-day-unrwa-and-qatar-charity-promote-nutrition-and-healthy-eating).

7. Attached hereto as Exhibit 6 is a true and correct copy of a United Nations press release entitled *Qatar Charity Sends 18 Trucks of Aid to Gaza*, published on December 10, 2009 (available at https://www.un.org/unispal/document/auto-insert-206456/).

8. Attached hereto as Exhibit 7 is a true and correct copy of a Haaretz article entitled *With Israel's Consent, Qatar Gave Gaza $1 Billion Since 2012*, published on February 10, 2019 (available at https://www.haaretz.com/middle-east-news/palestinians/.premium-with-israel-s-consent-qatar-gave-gaza-1-billion-since-2012-1.6917856).

9. Attached hereto as Exhibit 8 is a true and correct copy of a Reuters article entitled *Israel Approves Qatari Aid to Gaza after May Conflict, Defence Minister Says*, published on

August 19, 2021 (available at https://www.reuters.com/world/middle-east/israel-approves-qatari-aid-gaza-after-may-conflict-defence-minister-says-2021-08-19/).

10. Attached hereto as Exhibit 9 is a true and correct copy of an L.A. Times article entitled *Amid Hamas-Israel Standoff, Qatar Sends Cash to Gaza Strip Charity*, published on January 26, 2019 (available at https://www.latimes.com/world/la-fg-israel-qatar-palestinians-20190125-story.html).

11. Attached hereto as Exhibit 10 is a true and correct copy of a certified English translation, together with a true and correct copy of the original Hebrew language document, of the Judgement in *Ackerman et al. v. State of Israel* (File 8542/18) issued by the Israeli High Court of Justice on December 9, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of remarks given by President Biden and His Highness Sheikh Tamim Bin Hamad Al-Thani, Amir of the State of Qatar, before a bilateral meeting held at the White House on January 31, 2022 (available at https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/01/31/remarks-by-president-biden-and-his-highness-sheikh-tamim-bin-hamad-al-thani-amir-of-the-state-of-qatar-before-bilateral-meeting/).

13. Attached hereto as Exhibit 12 is a true and correct copy of remarks given by U.S. Secretary of State Antony Blinken and Qatari Deputy Prime Minister and Minister of Foreign Affairs, Mohammed bin Abdulrahman Al-Thani, at a signing ceremony and joint press conference for the U.S.-Qatar Strategic Dialogue held at the U.S. State Department on November 12, 2021 (available at https://www.state.gov/secretary-antony-j-blinken-and-qatari-deputy-prime-minister-and-minister-of-foreign-affairs-mohammed-bin-abdulrahman-al-thani-at-a-signing-ceremony-and-joint-press-availability-for-the-u-s-qatar-str/).

14. Attached hereto as Exhibit 13 is a true and correct copy of an article from The Hill entitled *Biden Says He Will Designate Qatar as a Major non-NATO ally*, published on January 31, 2022 (available at https://thehill.com/regulation/international/592128-biden-says-he-will-designate-qatar-as-major-non-nato-ally).

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter from President Biden to the U.S. Speaker of the House and the President of the Senate, designating Qatar as a "Major Non-NATO Ally," dated January 31, 2022 (available at https://www.whitehouse.gov/briefing-room/statements-releases/2022/01/31/letter-to-the-speaker-of-the-house-and-the-president-of-the-senate-on-designating-qatar-as-a-major-non-nato-ally/).

16. Attached hereto as Exhibit 15 is a true and correct copy of the document available at the hyperlink provided by Plaintiffs in their Complaint at paragraph 41 entitled *Director of Central Intelligence Directive 3/22P* (available at https://fas.org/irp/offdocs/dcid3-22.pdf).

17. Attached hereto as Exhibit 16 is a true and correct copy of a document published by WikiLeaks entitled *Qatar Commits USD 40 Million for UN Operations in Gaza* (ID No. 09DOHA314_a), dated May 12, 2009 (available at https://wikileaks.org/plusd/cables/09DOHA314_a.html).

18. Attached hereto as Exhibit 17 is a true and correct copy of a certified English translation, together with a true and correct copy of the original Arabic language document, of a tweet by the U.S. Chargé d'Affaires to Qatar, Natalie A. Baker, from the official (and verified) @USAmbQatar Twitter account, dated January 24, 2022.

19. Attached hereto as Exhibit 18 is a true and correct copy of an Office of the Spokesperson for the Secretary-General of the United Nations daily press briefing, published on June 9, 2017 (available at https://www.un.org/press/en/2017/db170609.doc.htm).

20. Attached hereto as Exhibit 19 is a true and correct copy of a Reuters article entitled *No Apparent Arab Plans to Push for Qatar-Linked U.N. Sanctions – Diplomats*, published on June 14, 2017 (available at https://www.reuters.com/article/uk-gulf-qatar-sanctions-un-idAFKBN1952KV).

21. Attached hereto as Exhibit 20 is a true and correct copy of a Qatar Charity press release entitled *70 Partnership Agreements between Qatar Charity and UN Organizations with a Total Value of 28 Million USD*, published on June 21, 2017 (available at https://www.qcharity.org/en/global/news/detailsinternational/12741-70-partnership-agreements).

22. Attached hereto as Exhibit 21 is a true and correct copy of a profile on Qatar Charity's partnership with the United Nations High Commissioner for Refugees ("UNHCR") published by that agency (available at https://www.unhcr.org/en-us/qatar-charity.html).

23. Paragraph 133 of the Complaint refers to Qatar Charity's "annual reports for 2013, 2014, and 2015." Attached hereto as Exhibit 22 is a true and correct copy of a certified English translation, together with a true and correct copy of the original Arabic language document, of Qatar Charity's Annual Report for 2013.

24. Paragraph 133 of the Complaint refers to Qatar Charity's "annual reports for 2013, 2014, and 2015." Attached hereto as Exhibit 23 is a true and correct copy of a certified English translation, together with a true and correct copy of the original Arabic language document, of Qatar Charity's Annual Report for 2014.

25. Paragraph 133 of the Complaint refers to Qatar Charity's "annual reports for 2013, 2014, and 2015." Attached hereto as Exhibit 24 is a true and correct copy of a certified

English translation, together with a true and correct copy of the original Arabic language document, of Qatar Charity's Annual Report for 2015.

26. Paragraph 133 of the Complaint refers to Qatar Charity's "annual reports for 2013, 2014, and 2015." Attached hereto as Exhibit 25 is a true and correct copy of a certified English translation, together with a true and correct copy of the original Arabic language document, of Qatar Charity's local Annual Report for 2013 prepared by Qatar Charity's Ramallah branch.

27. Attached hereto as Exhibit 26 is a true and correct copy of a UNHCR press release entitled *UNHCR and Qatar Charity Formalize Cooperation Agreement to Support of Global Refugee Programmes*, published on October 3, 2017 (available at https://www.unhcr.org/en-us/news/press/2017/10/59d37da24/unhcr-qatar-charity-formalize-cooperation-agreement-support-global-refugee.html).

28. Attached hereto as Exhibit 27 is a true and correct copy of a Doha News article entitled *Qatar Charity Joins Bill Gates in Fight Against Polio*, published on April 24, 2013 (available at https://www.dohanews.co/qatar-charity-joins-bill-gates-in-fight-against-polio/).

29. Attached hereto as Exhibit 28 is a true and correct copy of a Peninsula article entitled *QC, Gates Foundation Join Hands to Fight Polio*, published on April 24, 2013 (available at https://thepeninsulaqatar.com/article/24/04/2013/qc-gates-foundation-join-hands-to-fight-polio).

30. Attached hereto as Exhibit 29 is a true and correct copy of a profile on Qatar Charity published by Orbis, an international aid group focused on blindness (available at https://me.orbis.org/en/corporate-partners/qatar-charity).

31. Attached hereto as Exhibit 30 is a true and correct copy of a Start Network announcement entitled *Start Network Holds First AGM and First Assembly Meeting as an Independent Charity*, dated October 1, 2019 (available at https://startnetwork.org/news-and-blogs/start-network-holds-first-agm-and-first-assembly-meeting-independent-charity).

32. Attached hereto as Exhibit 31 is a true and correct copy of the Start Network's webpage entitled *Network: Our Members* published on the Start Network website (available at https://startnetwork.org/network).

33. Attached hereto as Exhibit 32 is a true and correct copy of a Morocco World News article entitled *United Nations Rejects Saudi Arabia's List of Qatari "Terrorists,"* published on June 10, 2017 (available at https://www.moroccoworldnews.com/2017/06/219357/united-nations-rejects-saudi-arabias-list-qatari-terrorists).

34. Attached hereto as Exhibit 33 is a true and correct copy of a Qatar Tribune article entitled *Qatar Charity, Save the Children UK Sign MoU*, published on May 29, 2018 (available at https://www.qatar-tribune.com/news-details/id/126808).

35. Attached hereto as Exhibit 34 is a true and correct copy of Qatar Charity's webpage entitled *Governance: External Regulation* published on Qatar Charity's website (available at https://www.qcharity.org/en/global/governance-structure).

36. Attached hereto as Exhibit 35 is a true and correct copy of an excerpt from *The Qur'an: An Encyclopedia*, written by Nevad Kahteran (Oliver Leaman, ed., 1st ed. 2005).

37. Attached hereto as Exhibit 36 is a true and correct copy of a map rendered on Google Maps for the mosque Masjid Al-Ihsan located at 977 Fulton Street, Brooklyn, NY 11238 (available at https://www.google.com/maps/place/Masjid+Al-Ihsan/@40.6830441,-

73.9662345,17z/data=!3m1!4b1!4m5!3m4!1s0x89c25ba34a92d743:0xd90cff5d613da1d9!8m2!3d40.6830195!4d-73.964056).

38. Attached hereto as Exhibit 37 is a true and correct copy of a Qatar Charity press release entitled *Chargé d'Affaires of the United States in Qatar Visits Qatar Charity*, published on December 9, 2020 (available at https://www.qcharity.org/en/qa/news/details/18205-charg%C3%A9-d%E2%80%99affaires-of-the).

39. Attached hereto as Exhibit 38 is a true and correct copy of a tweet by U.K. Ambassador Jon Wilks from his official (and verified) @JonWilksFCDO Twitter account, dated October 8, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022
       New York, New York

    /s/ Michael G. Lewis
    Michael G. Lewis