# EXHIBIT 21

# Qatar Charity

unhcr.org/en-us/qatar-charity.html



© UNHCR/Caroline Gluck

"Syrian refugees face difficulties beyond imagination to meet their basic needs, after having struggled to seek safety and often after seven years of displacement. We must therefore do everything we can to support those who are victims of circumstances beyond their control. UNHCR's Zakat Initiative provides us and others with alternative ways to directly support refugees with cash assistance."

—His Excellency Sheikh Hamad bin Nasser Al Thani, Qatar Charity Chairman

**About the partnership**

**Since:** 2012

**Locations:** Bangladesh, Iraq, Jordan, Lebanon, Myanmar, Somalia, Syria and Yemen

One of the breakthrough agreements signed with Qatar Charity in 2018 is funding our Zakat programme with US$10 million for the provision of cash assistance for vulnerable Syrian refugees in Lebanon and Jordan.

**Impact at a glance**

- 1.4 one million refugees and internally displaced people have benefitted from Qatar Charity's contributions.
- Over US$47 million contributed to UNHCR's operations globally.
- The partnership has helped provide basic assistance, cash assistance, infrastructure, WASH and core relief items.

**Sustainable Development Goals in focus**

- SDG1 No Poverty
- SDG3 Good Health and Well-being
- SDG6 Clean Water and Sanitation
- SDG10 Reduced Inequality
- SDG17 Partnerships to achieve the Goals

## Contact us

If you are interested in exploring a partnership with UNHCR, please contact us at [email protected]