# EXHIBIT 34

  Login

# GOVERNANCE

## EXTERNAL REGULATION

*Qatar Charity, like all Qatar-based NGOs, operates under the supervision of the Regulatory Authority for Charitable Activities in the State of Qatar.*

**RACA** is the regulator of charities in the State of Qatar and provides the legal framework that regulates the establishment and management of charitable work in the country, in alignment with leading international charity regulators' guidelines



*one of the global leading audit firms worldwide, KPMG. The annual audit is conducted in our head office and across all 30 field offices by a local external auditor accredited in those countries.*

## INTERNAL REGULATION

## Board of Directors

Case 1:20-cv-06088-NGG-RLM Document 52-36 Filed 04/20/22 Page 4 of 14 PageID #: 1944










Qatar Charity's external and internal work environment is underpinned by a set of

  adopted by the Board of Directors that provide guidance in all pertinent matters and define a clear, ethical, and lawful course of action for any situation affecting directly or indirectly the work of the organization.

The Board of Directors oversee the independent and specialized committees in risk management, compliance and audit with clear roles and responsibilities taking into consideration RACA's legislations and Qatar Charity's internal regulations. The Board undergoes an annual self-evaluation process as stipulated by the Qatar Charity's Board of Directors' Self Evaluation Policy and Self-Compensation Policy and Conflict of Interest Policy.

## Risk management

  

Login

Risk management is an essential part of Qatar Charity's governance system. It is guided by external regulations stipulated by RACA and by internal self-regulating policies and procedures developed by the Board. Qatar Charity adopts a risk-based approach in all aspects of its work by utilizing advanced tools to manage any risks that may incur

Qatar Charity worked with Refinitiv to develop a joint risk management system that is specifically adapted to the high-risk work of NGOs and that allows the organization to identify, anticipate and mitigate any risks that may arise before, during and after the delivery of aid.

**Indicator 1**

 Login

**Indicator 2**

FATF classification

**Indicator 3**

Fragile States Index

**Indicator 4**

Global Terrorism Index

**Indicator 5**

Conflict Risk Index

# Compliance

*Because we recognize the risk that NGOs' funds can be misused, we have added extra layers of protection by using advanced global systems to mitigate the risks of money laundering and terrorist financing in cooperation with major international institutions.*

In 2019, Qatar Charity became the first organization in the MENA region to sign a unique cooperation agreement with Refinitiv Thomson Reuters, a world leader in AML/TF screening, to better identify risks related to money laundering and terrorist financing.

The cooperation comes in the form of a consolidated database of individuals and institutions between Qatar Charity and Thomson Reuters' World Check that will enable us to quickly and effectively identify and isolate individuals and institutions that can pose a potential risk of money laundering or terrorist financing.

 

Login

# Audit




*One of the main objectives of audit is enhancing internal control through a specialized committee, department and policy. A quarterly internal audit report is*





# Executive Management

The Chief Executive Officer (CEO) manages the day to day activities of the organization with the support of a team of Executive Directors. The current team includes the Chief Governance Officer, Chief Marketing Officer, Chief Operating Officer, Chief Global Programs Officer and the Chief Local



Login



# POLICIES

Qatar Charity's external and internal work environment is underpinned by a set of policies and procedures that provide guidance in all pertinent matters and define a clear, ethical, and lawful course of action for any situation affecting directly or indirectly the work of the organization.

Conflict of Interest Policy

Internal Audit Policy

External Audit Policy

Risk Management Policy

  Field Security and Safety Policy

Child Protection Policy

Safeguarding Policy

## Subscribe Now

Subscribe to receive Qatar Charity Newsletter

Name

Phone

Email address

  Login 

QC Memberships

## DGC/CSO

Associated Organization DGC/CSO 2019

## ECOSOC

Consultative Status ECOSOC 1996

Member START NETWORK 2017

Member CHS Alliance 2019

Observer Member IOM 2006

Who we are

Contact Us

FAQ







  

Qatar Charity is a Qatar registered charity (6) and registered organization 01006100

All rights reserved @Qatar Charity in 2022