# EXHIBIT 35

# the Qur'an: an encyclopedia

edited by
oliver leaman

Also available as a printed book
see title verso for ISBN details

Copyright © 2005. Taylor & Francis Group. All rights reserved.

The Qur'an : An Encyclopedia, edited by Oliver Leaman, Taylor & Francis Group, 2005. ProQuest Ebook Central,
         http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=258980.
Created from nyli on 2022-02-10 16:18:07.

## *IHSAN / IHSANI*

The term *ihsan* refers to the doing of good deeds or inner purification. The interpretation of this term is in the well-known *hadith* on Jibril's asking the Prophet Muhammad about the three sources of how to behave. These are *islam* (submission), *iman* (belief) and *ihsan* (virtue, doing good deeds), or the outward, the inward and the actualization. Islam is the outward, *iman* the inward and outward, and *ihsan* the actualization of the inward and the outward, which is what is meant by the saying of the Prophet: '*Ihsan* is to worship God as if you see Him, and if you see Him not, He sees you despite this,' which the angel Jibril confirmed.

The term *ihsani* (intellectual) of the Tradition of Islam, which has always been haunted by the paradoxes and contradictions of our modern age, means that it is only in fullness that integrated Islam, in which the spiritual and intellectual tradition evolved, gains an awareness of our modern context.

NEVAD KAHTERAN

## *I'JAZ*
*see:* **inimitability**

## *ILHAD*

*Ilhad* is a verbal noun, derived from the Arabic verb *lahada*, meaning to deviate, to digress. The word admits of various different translations, including heresy, apostasy and even atheism. The Qur'an's use of the verb and its derivatives favours a definition closer to something you might find in a modern dictionary, for it talks of people who 'deviate in His Names' (7.80), which presumably connotes some kind of wilful misrepresentation by unbelievers of God's nature. Elsewhere we read of those who 'pervert the truth in Our Signs' (41.40), which, given the dual meaning of *ayat*, may mean either the corruption or misuse of scripture, or the tendency to ignore or misrepresent the signs of God in creation.

COLIN TURNER

## *ILTIFAT*

*Iltifat* is a noun meaning turning aside, preventing or bending; it also means looking back or averting from. Furthermore, *iltifat* signifies attention, notice or consideration. *Biduni-iltifat* means without consideration. The root verb is *lafat*, which means to draw attention to something. *Iltafata* means to turn towards or to turn back in order to look or see: 'So travel with your family in a part of the night, and let not any of you look back; but your wife' (11.81). *Yulfit* signifies averting or drawing attention away: 'Have you come to us to turn us away from that?' (10.78).

RAFIK BERJAK

## **ILYAS**
*see:* **Elijah**

## **IMAM AL-HARAMAYN JUWAYNI**
*see:* **Juwayni, Imam al-Haramayn**

## *IMAM / IMAMA*

The word *imam* is lexically derived from the Arabic verb *amma-ya'ummu*, which, in its several forms, means leading the way, preceding, guiding by one's example or serving as a prototype. The word *imam* is therefore applied to leader, learned man, head or chief. It belongs to the same root as that of the word *umm* (mother) and *umma,* which has been

289

Copyright © 2005. Taylor & Francis Group. All rights reserved.

The Qur'an : An Encyclopedia, edited by Oliver Leaman, Taylor & Francis Group, 2005. ProQuest Ebook Central,
http://ebookcentral.proquest.com/lib/nyli/detail.action?docID=258980.
Created from nyli on 2022-02-03 18:04:52.