# EXHIBIT 37

# Needy Families

qcharity.org/en/qa/news/details/18205-chargé-d'affaires-of-the

### Chargé d'Affaires of the United States in Qatar visits Qatar Charity



12/9/2020 | Media Center



**Chargé d'Affaires of the United States in Qatar visits Qatar Charity**

HE Ambassador Greta Holtz, Chargé d'Affaires of the United States in Qatar, was received by Mr. Yousef bin Ahmed Al Kuwari, CEO of Qatar Charity at its headquarters where both parties exchanged views on issues of common interest.

During the meeting, the CEO of Qatar Charity presented the work of the organization and its strategic objectives aimed at providing a dignified life for vulnerable children and their families, alleviating the suffering of crisis-stricken people, supporting inclusive and sustainable development, and enhancing social cohesion and social development in Qatar.

Al-Kuwari touched on Qatar Charity's contribution to education in Syria. He also elaborated on the governance, audit and compliance systems of Qatar Charity, in addition to the most significant challenges faced by civil society organizations, and discussed opportunities to collaborate with the US Embassy within the framework of the Qatar-US 2021 Year of Culture.

Al-Kuwari said, "It was a pleasure to host CdA of the US in Qatar Ambassador Greta Holtz. At Qatar Charity, we work hard to improve lives across the world through pioneering development programmes and grassroots humanitarian work. We strongly value our partnerships and collaborations with US NGOs, which allow us to work together in serving

and supporting vulnerable communities. It was an honour to present our achievements to Amb. Holtz and we look forward to working with the US Embassy to continue our mission in supporting the most vulnerable and advocate for their right to live in dignity."

Amb. Holtz said, "**I was Honored to visit Qatar Charity** and learn more about its work with vulnerable communities around the world.  Whether partnering with UN agencies, or a wide range of U.S. NGOs, the work Qatar Charity does throughout the region and beyond is saving lives and providing assistance to those who need it most.  Qatar Charity's positive impact, especially in education and vocational programs, will reverberate for generations to come.  The U.S. Embassy in Doha looks forward to exploring opportunities to collaborate with Qatar Charity on achieving our common goals."