# UN funds millions to Palestinian groups with terror ties - Im Tirtzu

In a new report, Im Tirtzu expressed the need for increased transparency in funding reporting, citing their advocacy for a UN-equivalent of Taylor Force Act.
By JERUSALEM POST STAFF

**Published:** JULY 14, 2021 01:31





The Security Council chamber is seen from behind the council president's chair at the United Nations headquarters in New York City, September 18, 2015
(photo credit: REUTERS/MIKE SEGAR/FILE PHOTO)

A newly released report by the Israeli right-wing watchdog group Im Tirtzu divulged that the United Nations has allegedly funneled millions to radical Palestinian groups that are linked to terrorist organizations and the BDS anti-Israel movement.

The report found that between 2016 to 2020, the UN contributed at least $40 million to 19 Palestinian NGOs, nearly all of which support BDS and almost half have ties to Hamas or the

Popular Front for the Liberation of Palestine terror groups, an Im Tirtzu press release announced on Tuesday.

Im Tirtzu expressed the need for increased transparency in funding reports, citing their advocacy for a UN-equivalent of Taylor Force Act, a law signed in March 2018 by then President Donald Trump, which requires the US to halt its aid to the Palestinian Authority so long as it continues paying stipends to individuals, or families of individuals who carried out terror acts.

"A similar law can be implemented in regards to the UN," Im Tirtzu stated, "Which would stipulate that the US will halt its aid to the UN so long as it continues to fund propaganda organizations that have ties to terrorist groups, promote BDS, and lobby international bodies against Israel. Such a law would require the UN to cut its funding of these organizations out of fear or losing funding from the US, its largest donor."

The watchdog report noted that the UN is not fully transparent in its reporting, resulting in millions of dollars in funding left unaccounted for.

It went on to call support for terror and BDS groups "opposed to the values and wishes of the United States."

"In July 2019," Im Tirtzu continued, "the US House of Representatives passed an anti-BDS resolution by an overwhelming majority and to date more than 30 states have passed anti-BDS legislation."