# EXHIBIT 3



**Qatar Charity**                    **Qatar Charity**

[illegible]

6/4/1430 A.H. - 2/4/2009 A.D.                    No.: 1/8000/1575

**To the Esteemed Brother / Essam Youssef**
**Secretary General**
**Union of Good**
**www.etelaf.org**
Peace be upon you and Allah's mercy and blessings…

## Qatar Charity's Membership

Qatar Charity offers you its best regards and wishes for abundant health and happiness, praying that you have a long life and good works.

Pleased be advised that Qatar Charity has operated in Palestine for a long time, and that it directly supervises its projects there through its offices in the West Bank and Gaza.

Accordingly, we do not wish to continue our membership in the Union of Good. Therefore, please consider this letter to you a cancellation of this membership. We ask Allah to bless your efforts and grant you blessings and rewards.

With utmost appreciation and respect…

[signature]
**Abdullah bin Hussein Al-Ne'ma**
**Vice-Chairman of the Board of Directors – Managing Director**



[seal:]
**Qatar Charity**
**Qatar Charity**
**P.O. Box: 1224, Doha, Qatar**

**Headquarters: (+974) 4559222 – Fax: 4667733 – P.O. Box: 1224 Doha/Qatar – Women's Branch: 4559271 – Al-Wakra Branch: 4642875**
**Al-Rayyan Branch: 4809335 – Al-Montaza Branch: 4329454 – Al-Khor Branch: 4722427 – Al-Azizia Branch: 4583990 – Al-Nasr Branch: 4314027**
**Al-Khoraitiat Branch – Men: 4795102 – Women: 4795692 – Al-Markhia Branch – Men: 4886264 – Women: 4873879**
**Account Numbers: Qatar Islamic Bank: 4886264 – International Islamic: 100446073**
**www.qcharity.org - qcharity@qcharity.org**

[logo] DNV

[illegible]
**Registered in the name of Qatar Charity under Registration No. (6) at the Ministry of Labor, Social Affairs and Housing for the year 1992**



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| File Name(s): | Letter from Qatar Charity to Union of Good re Withdrawal of Membership, dated 4/2/2009 |
| --- | --- |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature:

Signature, Notary Public:

Name:   Jacqueline Yorke

Title:   Project Manager

Date:   April 7, 2022

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp: Notary Public



الرقم: ١/ ٨٠٠٠/ ١٥٧٥                                     ١٤٣٠/٤/٦هـ 2009/4/2م

الأخ الفاضل / عصــــام يوســـف   ...   المحترم
الأمين العام
ائتـــــلاف الخـــــير
www.etelaf.org
السلام عليكم ورحمة الله وبركاته ،،

# عضـــوية قطـــر الخــــيرية

تهديكم قطــــر الخيرية أطيب تحياتها وتمنياتها لشــــخصكم الكـــــريم بموفــور الصحة والســـــعادة ، داعية لكم بطول الأجل وحسن العمل .

يرجى العلم بأن قطر الخيرية تعمل في فلسطين منذ وقت طويل وتُشرف على مشاريعها هناك عن طريق مكتبيها في الضفة الغربية وفي غزة إشرافاً مباشراً .

لذا فإننا لا نرغب في استمرار عضويتنا بائتلاف الخير ، وعليه ،رجى التكرم باعتبار كتابنا هذا إليكم بمثابة إلغاء لهذه العضوية .. والله نسأل أن يبارك لكم في جوودكم ويرزقكم الأجر والثواب .

وتقبلوا وافر التحية والتقدير ،،

عبد الله بن حسين النعمة
نائب رئيس مجلس الإدارة –العضو المنتدب


قطـرالخيرية
Qatar Charity

المقر الرئيسي : 4559222 (974-) - فاكس : 4667733 - ص.ب: 1224 الدوحة/قطر - المرع النسائي : 4559271 - فرع الوكرة : 4642875
فرع الريان : 4809335 - فرع المنتزه : 4329454 - فرع الخور : 4722427 - فرع العزيزية : 4583990 - فرع النصر : 4314027
فرع الخريطيات رجال : 4795102 - نساء : 4795692 - فرع المرخية رجال : 4886264 - نساء : 4873875
أرقام الحسابات : مصرف قطر الإسلامي 4886264 - الدولي الإسلامي 00446073
www.qcharity.org - qcharity@qcharity.org

 registered in special consultative status with the Economic and Social Council of the UN"
مسجلة باسم جمعية قطر الخيرية برقم قيد (6) لـ وزارة العمل والشؤون الاجتماعية والإعلان لعام 1992