

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

August 1, 2022

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Przewozman, et al. v. Qatar Charity, et al.*, No. 20-cv-6088 (NGG) (RLM), Letter Regarding Service

Dear Judge Garaufis:

On behalf of Defendant Qatar National Bank Q.P.S.C. ("QNB"), we write to inform the Court that QNB has received the filings in the above-referenced matter, along with cover letters, from the United States Embassy in Qatar. QNB is satisfied that service has been properly effected through the appropriate channels. Accordingly, on behalf of QNB, we respectfully withdraw our previously filed challenges to service of process, including in relation to QNB's pending Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted,

*/s/ Michael G. McGovern*

Michael G. McGovern

cc: All parties of record (by ECF)