**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, HADASSAH PRZEWOZMAN, individually, as the personal representative of the Estate of Pinches Menachem Przewozman, and as parent and natural guardian of Y.P., a minor, and P.P., a minor, CHAYA RACHEL PRZEWOZMAN, individually, and as parent and natural guardian of A.M.P., a minor, and F.P., a minor, SARA PRZEWOZMAN-ROZENBAUM, YAFA PRZEWOZMAN, and TZVI YOSEF PRZEWOZMAN<br><br>*Plaintiffs,*<br><br>v.<br><br>QATAR NATIONAL BANK, ET AL.<br><br>*Defendant.* | Case No. 20-cv-6088 (NGG) (RLM) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Mary E. Brust, the undersigned, hereby withdraws her appearance as counsel of record for Defendant Qatar National Bank. Ms. Brust will be leaving the law firm of Ropes & Gray LLP. Michael G. McGovern, Douglas Hallward-Driemeier, and Brittany Norfleet of Ropes & Gray LLP will continue to represent Qatar National Bank.

Respectfully submitted,

Dated: August 26, 2022

/s/ Mary E. Brust
Mary E. Brust
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000
Mary.Brust@ropesgray.com
*Attorney for Defendant*