

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@dlapiper.com
T  212.335.4590
F  917.778.8590

August 30, 2022

**VIA ECF**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088-NGG-RLM—
> Letter Update Regarding Service of Process

Dear Judge Garaufis:

On behalf of Defendant Qatar Charity, we write to inform the court that the Charity has received filings in the above-referenced matter, along with cover letters, from the United States Embassy in Qatar.  Qatar Charity is now satisfied that service has been properly effected through the appropriate channels.  As a result, on behalf of Qatar Charity, we respectfully withdraw our previously filed challenges to service of process, including those asserted in Qatar Charity's pending Motion to Dismiss the Complaint.

This letter is limited to the issue of service of process.  Qatar Charity's position remains that the Complaint should be dismissed for the remaining reasons stated in the Charity's Motion to Dismiss.

Respectfully submitted,

*/s/ John M. Hillebrecht*
John M. Hillebrecht

*Counsel for Qatar Charity*

cc:    All counsel of record (by ECF)