*Embassy of the United States of America*

**UNCLASSIFIED**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Department of State (L/CA/POG/GC) |
| **FROM:** | AmEmbassy Qatar (CONS/ACS) |
| **TAGS:** | CJAN |
| **SUBJECT:** | Judicial Assistance: Transmitting Letters Rogatory in the matter of Przewozman, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan, 1:20-cv-06088 |
| **REF:** | 22 CFR 92.54 |
| **SUMMARY:** | The enclosed documents are copies of letters rogatory to the Ministry of Foreign Affairs of Qatar for transmittal to the appropriate judicial authorities. |
| **ACTION OFFICER:** | The action officer in this matter for (L/CA/POG/GC) is Dustin Gant (GantDW@state.gov). |

Periodic status reports regarding the case.

- Request was received by post May 16, 2022
- Request was transmitted to the foreign authorities on June 2, 2022
- The date the executed request is returned to the Department June 12, 2022
- Tracking number: DoHA 0023505348

No. 2022/0658

    The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the State of Qatar (Consular Affairs Department) and requests the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of Qatar.

    The U.S. District Court for the Eastern District of New York has transmitted the enclosed letters rogatory in the matter of *Przewozman*, et al. v. Qatar Charity, Qatar National Bank and Masraf Al Rayan, 1:20-cv-06088. This case is a pending civil matter.

    The Embassy is grateful for Ministry of Foreign Affairs assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

    The embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the State of Qatar the assurances of its highest consideration.

Embassy of the United States of America,
    Doha, June 2, 2022



**DIPLOMATIC NOTE**

رقم 0658/2022

تهدي سفارة الولايات المتحدة الأمريكية أطيب تحياتها إلى مقام وزارة الخارجية في دولة قطر (إدارة الشؤون القنصلية) وتطلب مساعدة الوزارة في إحالة الطلب المرفق للمساعدة القضائية الدولية إلى السلطة القضائية المختصة في دولة قطر.

أحالت محكمة المقاطعة الأمريكية للمنطقة الشرقية من نيويورك الإنابة القضائية المرفقة في ما يتعلق برزيووزمان، وآخرون، قطر الخيرية وبنك قطر الوطني ومصرف الريان 1:20-cv-06088 يعتبر هذا الامر قضية مدنية معلقة.

تُثمِّن السفارة مساعدة وزارة الخارجية في تحقيق العدالة. ستكون السفارة ممتنة في إطلاعها على التقدم المحرز في الإنابة القضائية، وتحديداً تاريخ ارسال هذا الطلب إلى السلطة القضائية المناسبة للتنفيذ.

تنتهز سفارة الولايات المتحدة الأمريكية هذه المناسبة لتعرب لمقام وزارة الخارجية في دولة قطر عن فائق تقديرها واحترامها.



سفارة الولايات المتحدة الأمريكية،

الدوحة: 2 يونيو 2022



U.S. Embassy
DOHA

Customer: FLEISCHMAN BONNER ROCCO LLP 1 20 CV 06088 NGG RLM
Date: 6/2/2022 9:16:20 AM
Register: ACRS REGISTER
Transaction: 15033600
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 3.650LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1   | 51  |      |      | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | 8,304.00 ر.ق |

**Balance**          $2,275.00
**Amount Paid**      $2,275.00
**Change**           $0.00

CUSTOMER COPY

**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**

Sensitive but Unclassified (SBU)

40559



*Receipt confirmation from MFA*

| التاريخ<br>DATE | الاسم<br>NAME | الرقم<br>NO. | البيان<br>DESCRIPTION | تسلم بواسطة<br>BY WHOM DELIVERED | توقيع المستلم<br>ACKNOWLEDGMENT | التاريخ<br>DATE | الاسم<br>NAME | الرقم<br>NO. | البيان<br>DESCRIPTION | BY WH |
|---|---|---|---|---|---|---|---|---|---|---|
| 6-2-22 | | MFA-CONS-2022-0675 | to inform | the Ministry about Hala Osman Ketwla | | | | | | |
| | | MFA-CONS-2022-0649 | necessitating to | transfer | Int'l Judicial Assistance | | | | | Nawel |
| | | MFA-CONS-2022-0657 | " | " | " | | " | " | " | |
| | | MFA-CONS-2022-0658 | " | " | " | | " | " | " | |