

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 01 2022 ★

BROOKLYN OFFICE

United States Department of State

*Washington, D.C.   20520*

August 23, 2022

Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman PLZ E, St 130
Brooklyn, NY 11201

**Re: Requests for Judicial Assistance** (*Force, et al. v. Qatar Charity, Qatar National Bank and Masraf Al Rayan*, **1:20-cv-02578**; *Henkin, et al. v Qatar Charity, Qatar National Bank and Masraf al Rayan*, **1:21-cv-5716**; *Przewozman, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*, **1:20-cv-06088**)

Dear Sir or Madam:

Please find the enclosed response to the above captioned requests for judicial assistance from the appropriate authorities of Qatar. If you have any questions regarding this matter, you may contact our inbox at FSIA-LR@state.gov. Please cc GantDW@state.gov on all communications to our inbox.

Sincerely,

Office of Legal Affairs
L/CA/POG/GC
U.S. Department of State




7018 0680 0001 6684 9411



U.S. OFFICIAL MAIL US POSTAGE
PENALTY FOR
PRIVATE USE    $ 016.35
$300
              Priority Mail - IMI
OMAS              ZIP 20520
08/30/2022
034A 0081800003



the Court
rict Court
t of New York
PLZ E, St 130
NY 11201