IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QATAR CHARITY, QATAR NATIONAL BANK, and MASRAF AL RAYAN, <br><br> Defendants. | Case No. 1:20-cv-6088-NGG-TAM |

**MOTION TO WITHDRAW COUNSEL FOR DEFENDANT MASRAF AL RAYAN**

To:   The Clerk of the Court and all parties of record:

Pursuant to Local Rule 1.4, undersigned counsel for Defendant Masraf Al Rayan hereby respectfully requests this Court to enter an Order granting permission for Markenzy Lapointe to withdraw as counsel of record in this case. In support of this Motion, the undersigned states as follows:

1. Pillsbury Winthrop Shaw Pittman LLP will remain as counsel of record for Defendant Masraf Al Rayan in this matter.

2. I entered a Notice of Appearance on November 18, 2021, pursuant to ECF No. 14. Aryeh L. Kaplan filed a Notice of Appearance on November 19, 2021, pursuant to ECF No. 18.

3. Markenzy Lapointe entered a Notice of Appearance on November 19, 2021, pursuant to ECF No. 19.

4. Pursuant to Local Civil Rule 1.4, there is good cause to permit the withdrawal of Markenzy Lapointe as counsel for Defendant Masraf Al Rayan because Mr. Lapointe is no longer with Pillsbury Winthrop Shaw Pittman LLP.

5.      Departing attorney, Markenzy Lapointe, is not asserting or retaining a charging lien in this matter.

WHEREFORE, undersigned counsel for Defendant Masraf Al Rayan respectfully requests that the Court grant this Motion to remove Markenzy Lapointe as counsel of record in this case.

Dated: February 3, 2023
New York, New York

Respectfully submitted,

*/s/ Carolina A. Fornos*

Carolina A. Fornos
31 West 52nd Street
New York, NY 10019-6131
Tel.: (212) 858-1000
Fax: (212) 858-1500
carolina.fornos@pillsburylaw.com

*Attorney for Defendant Masraf Al Rayan*