# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-337-1426 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: tcaroccia@fbrllp.com

July 7, 2023

**BY ECF**

The Honorable Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Przewozman, et al. v. Qatar Charity, et al.*, 1:20-cv-06088-NGG-TAM

Dear Judge Garaufis:

I write to notify the Court and counsel for the defendants in the above-captioned action that, after July 7, 2023, I will no longer be employed by the law firm of Fleischman Bonner & Rocco LLP, counsel of record for the Plaintiffs. Accordingly, I respectfully withdraw my appearance on behalf of Plaintiffs [ECF 45] and request the Court to instruct the Clerk of Court to remove my email address (tcaroccia@fbrllp.com) from all future Electronic Case Filing notifications in this action.

James P. Bonner, Patrick L. Rocco, and Susan M. Davies of Fleischman Bonner & Rocco LLP will continue to represent the Plaintiffs.

Respectfully submitted,

/s/ Thomas M. Caroccia

Thomas M. Caroccia

cc:  All counsel of record (via ECF)