UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHAIM DOV PRZEWOZMAN, HADASSAH
PRZEWOZMAN, individually, as personal
representative of Estate of Pinches Menachem
Przewozman, and as parent and natural guardian of
Y.P., a minor, and P.P., a minor, CHAYA RACHEL
PRZEWOZMAN, individually and as parent and
natural guardian of A.M.P., a minor, and F.P.,
a minor, SARA PRZEWOZMAN-ROZENBAUM,
YAFA PRZEWOZMAN, and TZVI YOSEF
PRZEWOZMAN,

                JUDGMENT
                20-CV-6088 (NGG) (TAM)

        Plaintiffs,

        v.

QATAR CHARITY, QATAR NATIONAL BANK, and
MASRAF AL RAYAN,

        Defendants.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 16, 2023, granting Masraf al Rayan, Qatar National Bank, and Qatar Charity's motions to dismiss without prejudice; granting plaintiffs leave to amend their Complaint within thirty days of the date of this Memorandum and Order; and an Order having been filed on July 7, 2023, directing the Clerk of Court to dismiss this action with prejudice; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that this action is dismissed with prejudice.

Dated: Brooklyn, NY
      July 11, 2023

                                Brenna B. Mahoney
                                Clerk of Court

                        By:    /s/*Jalitza Poveda*
                                Deputy Clerk